UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WESTVIRGINA (A)
42 U.S.C. 1983
BIVENS- COMPLAINT

JEREMIAH S. FARMER
PLAINTIFF

v.

BOP DIRECTOR,
REGIONAL, AW GABBY,
S.I.S. LT. CRUZ, AND
RETIRED S.I.A. et al.

FILED

SEP 10 2021

U.S. DISTRICT COURT
ELKINS WV 26241

3:21cv 147
Groh Trumble Sims

① This civil action is a Bivens law suite.

② Farmer has filed previous civil
litigation, Farmer V. Spears, Farmer V. Talbot
These case settled out, Farmer won.

③ DEFENDANTS VIOLATED THE 4th~14th
Amendment, 5th Amendment, 8th~
Amendment, for cruel and unusual
punishment, excessive force, Deliberate-
Indifference, torture, sexual assault,
18 U.S.C.§241, 18 U.S.C.§242, 18 U.S.C.§245;
18 U.S.C.§271.; Rules of Conduct 3420.11;
Restraints 5566.06; INADEQUATE HEALTH And
Mental health care; Deprivation of the~
administrative remedy process, due process
of law Violation precluded not returing
mail that Farmer send mail to attorneys
for request of counsel, physchological pain
and physical, emotional pain/suffering.

④ Punitive damages Farmer seeks $900,000

⑤ Compasatory damages Farmer seeks $900,000

⑥ Farmer also request the officers envolved terminated from Bop employees and file criminal charges against them most serious.

⑦ Farmer also request pursuant to 28 C.F.R. § 115 to contact (PREA) for him and others.

⑧ Farmer also respectfully requesting a Preliminary injunction for my safety, pursuant to 18 U.S.C. § (402)(a) & to prevent retaliation for speaking out 18 U.S.C. § (1997)(e) and Farmer relies on Case law as in HARTMAN V. MOORE.

⑨ Not only is my life indanger, others is as well for

⑩ Farmer respectfully requesting a court order to have the USP Hazelton administration to save all recorded footage of June 6, 2021, June 7, 2021 1 range, 4 range, June 8, 2020 recorded footage of 4 range, D10 range. & save camera footage being used on June 6, 21, and all fax, logs, notes regarding this incident to be saved

⑪ If a 42 U.S.C 1983 BIVENS & forma paupers forms is needed please file this complaint the exhibits and send those form by Certifey mail ONLY. Security purposes.

⑫ $400.00 fee paid in full check is on its way to the clerk of courts. for this civil action.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WESTVIRGINA

DATE: 7-16-21

TO: UNITED STATES FEDERAL JUDGE;
FROM: JEREMIAH SHANE FARMER, REGISTER #16931-027

REASON FOR COMPLAINT: Hello, my name is Jeremiah Shane Farmer, #16931-027 I'm a "FEDERAL INMATE" and I'm being housed in the United States Penitentiary at Hazelton Westvirgina, This is where my complaint occurred, see AFFIDAVIT/DECLARATION as follows;

# A. FACTUAL BASIS & BACKGROUND

## AFFIDAVIT/DECLARATION

Comes Now, inmate Jeremiah Shane Farmer, #16931-027 and submits the following declaration in support of my motion for seeking relief from the prison guards at Hazelton U.S.P, this complaint & AFFIDAVIT/DECLARATION Stateing as follows;

(1) This complaint envolves of a physical & sexual assoult, cruel & unusual punishment, excessive force, Substanhal Due Process violahon, & Torture by prison guards at U.S.P. Hazelton, On June 6, and June 7, 2021.

(2) Administration here in Hazelton deliberately interfeers with the administrative remedies process by not responding or returning my filed BP8-BP9 complaints so I file sensistive BP-10 to regional office and they decline it with my reports are not sensitive and to file my complaint through my prison administration, these denied Sensitive BP-10 "Remedy ID" 1086071-R1 and 1086700-R1.

(3) Due to my sexual assault by prison guards, burning my penis leaving two fresh scars I'm respectfully requesting for the courts to contact (PREA) 28 C.F.R. § 115.

(4) Due to my life being threatend, indanger, from being physicaly beaten while in hand cuffs to the extent medical determend that my left ear drum was busted, I had 2 black eyes busted lip, bruises on my face and forhead, Cameras also support this claim along with dozens of employees I have scars on my belly sides back and the next day on June 7,21 there were deep laccrations with dozen of blistes were my today scars are and that was from the belly chain and my wrist and ankles has scars on them today from the handcuffs and shakles and on June 7,21 there were deep laccrations and blisters. I also have 2 scars on my penis from LT Coakly burning it with a cigeratte, and LT. B, Jenkins was the office that brutaly beaten me while I was hend cuffed behind my back and in shakles, punching me in my face with both hands bushing my left ear drum and officers WOTRIG, DEAVERS, McDuffy, FRIEND, WILES stood and watched be getting brutaly beaten, bloody, and did not interven. LT Coakly as I was being restraint and held down by officers, and hold my head to the left burned my penis twice, He ask for a cigeratte then I believe Wiles said here and laughed I did not smell a cigeratte but Coakly mention my case as he bent over I felt a tuggle at my shorts and 2 burns on my penis and guards laughed and Coakly left. This all happen on June 6,21 and June 7,21. The room was on one range, one cell on comera on 4 range On June 6,21 I was being moved

from cell from 210 - to - 209 while was handcuffed
behind my back hold my tied sheet full of
my property, prison guards Gerald CRUM, and another
officer slammed me to the ground and one officer
was trying to break my leg, for all the reasons
above I'm respectfully requesting a("T.R.O")" Temporary
restraining order and requesting a Preliminary Injunction
for my safety, 18 U.S.C. (404)2(a) & to prevent retaliation
for speaking out 18 U.S.C. (1997)(e) HARTMAN V. MOORE.

(5) I was left in the cell on one range One cell for
24 hours in full restraints and this violated (OFFICER
code of conduct 3420.11 & Restraints policy 5566.06
" There was no camera in the cell and this is
policy with it was not padded as required.

(6) These prison guards do this misconduct brutaly
beating and Sexualy assaulting inmates very frequently
here in Hazelton, and have even killed inmates but
then fabricated the incident reports. to Justify their
murders.

(7) My life is in danger, please react with ergency
and grant my restraining order request along
with contact (PREA) my claims are all facts supported
by a prepounderance of evidence, medical and
pyschology refuses to provide my records to add
as exhibits to this request.

Respectfully Submitted
/s/ Jeremiah S. Farmer
JEREMIAH FARMER # 16981-027

" I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT Executed on 7-16-21    Respectfully Submitted
SEE attached exhibits: X1                  /s/ Jeremiah J Farm
                                           JEREMIAH S. FARMER
                                           #16931-027
                                           U.S.P HAZELTON
                                           P.O. BOX 2000
                                           Bruceton Mills, WV 26525

NORTHEN DIST WESTVIGINA
UNITED STATES DIST COURT

# AFFIDAVIT

JEREMIAH FARMER, the plaintiff deposes and states as follows:

(1) The administration has stopped incoming outgoing mail to the extent I must certify my mail and the recceiving mail must be certified in order for one to receive it.

(2) Farmers administrative remedy process has been denied by USP Hazelton administration in a desperate attempt to maliciously and Sadistcly deprivation of the administration remedy process.

(3) Farmer has made a reasonable attempt to obtain counsel and administration has denied incoming mail maliciously and sadistly precluded Farmer from doing so. 28 U.S.C. § 1915(e)(1)

(4) Everything said in this civil action 1983 U.C. 42 U.S.C. 1983 "BIVENS" Civil action is based on facts supported by a preponderence of evidence and Justice will be better served if Farmer was appointed counsel and the court accept this civil action.

(5) Farmer has written this court 5 times since June 6, 2021 beating sexual assault by prison staff here at USP Hazelton specifically requesting 42 U.S.C 1983 and Forma Pauperis forms and this court has not either received my mail or did receive my mail and these currupt Police insured I didnt receive it.

⑥ I have continously requested prison employees to sen me 42 U.S.C. 1983 Forma Paupris forms and its been to no avail there fore I've made a 42 U.S.C 1983 Form to the best of my ability. to just get it filed and if need be sent me both a 42 U.S.C 1983 & Forma Paupris forms by "CERTIFIED MAIL" and I will hopefully receive it.

These are serious allighations. I ben denied library services, police never fired, they stopped all my live ones corrispondence directly following June 6, 2021, sexual assault physical assault.

Due to this, Justice will be better served to appoint Former a attorney as soon as possible so it will ensure the Due process right wont be violated.

⑦ Former fowarded a $400.00 check to pay full payment for filling fee.

⑧ Other prisoners has been tortured/sexualy assaulted by prison staff here, This suite will hold these officers accountable for their criminal actions.

⑨ I attempted dozens of they boleasust my administratve remedies as per (PLRA) but administration stopped it, I then sent sensitive BP10 to Regional about my sexual assault physical assault and that administration here wont respond to my filed BP8-BP9 and the Regional returns back denied, not sensitive, File BP9 at facility. These can be viewed Remedy ID 1086071-RI and 1086700-RI.

NEXT page is the Defendants all of them violated 18 U.S.C 241, 18 U.S.C § 242, 18 U.S.C § 245 (a)(1) And 18 U.S.C 271. see next page

ALL DEFENDANTS IN THIS CIVIL ACTION/WRONGFUL DOING

TRULINCS 16931027 - FARMER, JEREMIAH SHANE - Unit: CCC-E-A ①IS

FROM: 16931027
TO: E. Shanon
SUBJECT: legal
DATE: 11/24/2019 08:49:48 PM

(A) LEGAL SUPPORT AND STANDARD IN SUPPORT OF THE GOVERNMENTS U.S.P EMPLOYEES VIOLATIONS

① 18 241. CONSPIRACY AGAINST RIGHTS: If two or more persons conspire to injure. oppress, threaten, or intimidate any person in any state, territory, common wealth, possession or district in the free exercise or enjoyment of any right or privilege secured by him and the constitution or laws of the United States or because of his having so exercised the same.

② 18 242. DEPRIVATION OF THE RIGHTS UNDER COLOR OF LAW: Who ever under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any state, territory, common wealth, possession, or district to the deprivation of any rights, privileges, or immunities, secured or protected to the constitution or laws of the United States, or to the different punishments, or penalties an account of such person being an alien, or to reason of color, or race, than are under this title or imprisoned not more then year or both; and if badly injury results from acts committed in violation of this section or of such acts includes the use of weapon of dangerous weapon or in person.

③ 18 245. FEDERALLY PROTECTED ACTIVITIES: (a) (1) Nothing n this section shall be contracted as indicating an intent on the part of congress to prevent any state, any possession of common wealth of the United States, or the district of Columbia, from exercising jurisdiction over any offense or which it would have jurisdiction in the absence of this section nor shall anything in this section he construed as depriving state and local law enforcement authorities of responsibility for prosecuting acts that may he violation of this section and that are violation of the state and local law. No prosecution of any offense described in this section shall be undertaken by the United State except upon the certification in writing of the deputy attorney generals or any associate attorney generals. or assistants attorney generals or any by the attorney general that his judgment a prosecution by the United State is the public interest and necessary to secure substantial justice, which function of certification may be delegated.
(2) Nothing in this section shall be construed to limits the authority of federal officers, or federal Grand jury, to investigate possible violations of this section.

④ 18 271. CONSPIRACY TO COMMITTEE OFFENSE OR DEFRAUD UNITED STATES: If two or more persons conspire to commit any offense against the United States, or any public agency there of in any manner or foe any purpose and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more then five years.

→ I DEFENDANTS CHARGED WITH ABOVE ! ←
STATUES AND U.S. RIGHTS VIOLATIONS AS FOLLOWS:

① BOP DIRECTOR
② REGIONAL
③ U.S.P HAZELTON WARDAN ; ³ᴬ Gabby
④ U.S.P CAPTAIN
⑤ SIA
⑥ S.I.S. LT. CRUZ
⑦ LT. COAKLY
⑧ LT. B. JENKINS
⑨ LT. JAMES/
⑩ LT. CARR
⑪ PYSCH. MS BROWN

⑫ CO WILES
⑬ CO WOTRIG
⑭ CO FRIEND
⑮ CO DINGRESS
⑯ DEAVERS
⑰ MCDUFFIE
⑱ MARSHAL
⑲ CO G. CRUM
⑳ ROUSH
㉑ C. DAVIS
㉒ WARDAN
㉓ S. Hixenbaugh 8
㉓A Barlow #23A

㉔ DHO CRADDOCK.
㉕ MEDICAL DOCTORS
㉖ PILES / SUPERVISOR.
㉗ MIMS, et al.

PLAINTIFFS WITNESSESS
NURSE MCKENZIE, THORPE
GRAM, FOX, HAIR, HANA,
LT. WARE, Chaplin Kayor,
Mental health, ELLIS, SHIRK,
HUAET, G. MILLER, ARMEL
INMATE MAJOR NEO MCCOY
52248-424

1   DEFENDANT #**1**   Bop Director pg.1

2   BOP DIRECTOR

3   ☒ A. ARGUMENT

②

4

5   (1) All Injuries Farmer received from U.S.P
6   Hazelton police, all conduct the administration
7   uses such as physical assaults, sexual assaults
8   bondage, full body restraints so tight it causes
9   deep lacerations, blisters, bruises, scars then
10  denying Farmer the administrative remedies
11  process, C1 Barlow Hrenbaugh not walk 4 range
12  not providing legal copies, BP8 or responding
13  to BP8, AW assistant not responding to the
14  filed BP9, deprivation of the administrative
15  remedy process, violation Due process of law
16  by denying legal library services, legal work thats
17  been in R&D for 4-5 months ignoring Farmers
18     deadline, for direct appeal
19  Regional ignores the complaints on police
20  beating inmates v@, SIJ won't contact prea,
21  Some police beat up Inmates and dont get
22  disciplined able to eventualy do the same to
23  Farmer never being fired.
24  ② Medical delay in medical treatment,
25  Deliberate indifference, witnessing Farmers
26  physical injuries black eyes, busted lip, swollen
27  eyes, bent fingers, medical never taken pictures
28  medical 2 weeks later on June 16, 21 discovered
29  Farmers left ear drum was busted and fingers,
30  thumbs all bent not normal back pain, and
31  Still Never being sent to outside proffessionals.

BoP Director pg 2ⁿᵈ                    ③

1  leaving Farmer in pain and suffering.
2  Inmates have been killed by U.S.P employees and
3  never being fired due to filing false incident
4  reports. Inmate Danai Palmer 53453-330 was
5  brutaly beaten by LT. Coakly, PREA was contacted
6  by the hospital and pictures was taken by the
7  hospital same injuries farmer received after Coakley
8  done the same to Palmer

9
10  # B. DEFENDANT VIOLATIONS
11
12  ① BOP DIRECTOR is responsible for all
13  actions done by his employees. Eigth, Fifth,
14  Fourth - Fourteenth amendment & Due
15  process Violations, Deprevation of Administrative
16  remedies & Due process rights. Deliberat Indifference
17  Cruel & unusual punishment physical,
18  sexual, Mental abuse by Hazelton staff.
19
20  ② Officer code of conduct 3420.11 &
21  Restraints 5566.06 violations

    ③  BOP DIRECTOR ABUSE OF DISCRETION & AUTHORITY

# DEFENDANT # **2**
# REGIONAL

## A. ARGUMENT

① Regional, has disregard the police misconduct knowingly and intentionaly at U.S.P Hazelton, allowing inmates with plaintiff Farmer to be physicaly, emotionaly, mentaly, and sexualy abuse by prison staff while turning a blind eye, without staff being held accountable for this blatant misconduct and criminal conduct.

② On July 7, 21 Farmer received a sensitive BP10 back from regional, that specificaly stated how administration wont respond to his filed BP8- BP9 regarding how police brutaly beaten, physcical and sexual assault and Regional returned this complaint Remedy ID 1086071-R1 and regional response was this was not a sensitive issue to file BP9 with my facility. And again for another filed sensitive BP-10 ID 1086700-R1 Same response by regional,

③ This is Negligence on Regional part.

## B DEFENDANT VIOLATIONS

8th, 5th, 4th&14 Amend violations-Abuse of discretion& Authority

① Regional deprivation of administrative remedies process, turning a blind eye to there employees misconduct and criminal conduct violated officer code of conduct 3420,11 and restraints 5566.06) Deliberate Indifference,

WARDEN PG 1

① DEFENDANT # 3
WARDANT                                    ⑤

② DEFENDANT # 3A
ASSIST. AW GABBY

A. ARGUMENT

(1.) On June 6, 2021 & June 7, 2021 Farmer was brutaly beaten, sexualy assaulted, treated with a malicious and sadistc intent and treated with cruel and unusual punishment, and tortured for approx. 24 hours. By the warden and AW Gabby being the top supervisors of this official capasity and allowing there officers to repeatedly physicaly beat prisoners and turning a blind eye not disciplinieing these same officers they were able to do what they did to me.

(2) AW Gabby, Captain walked for the first time on July 9, 2021 and I showed captain my injuries complaining about how police beat and tortured me, sexualy assaulted me Captain walked away. AW Gabby I complained to as well and ask him why when I turn in BP9 to the Warden and BP8 to counselour they dont get responded to, he said there is a investigation on it that's why.

③ I complained to AW Gabby/Captain about being denied my Legal material that in R&D and Library services they showed intrest but no results.

WARDEN PG2  (6)

④ AW Gabby, Wardan, Captain has continued to show reckless disregard to his officer beaten prisoners, and interfering with the administrative remedies process stopping incomeing and outgoing mail

⑤ Farmer is on direct appeal and currantly serveing a life sentence and denying law library services and legal material thats in R&D has violated Due process of law rights

## Ⓑ DEFENDANTS VIOLATIONS

① U.S. CONST. VIOLATIONS; Eigth, Fourth-Fourteenth, Fifth Amendment, & Due process of law violations.

② CRUEL & UNUSUAL punishment; sexual assault; Forceing to live in inhumane living Conditions,; Abuse of discretion and authority; Negligence; Deliberat Indifference.

③ officer code of Conduct 3420.11 and Restraints 5566.06, & 28 C.F.R.§115(PREA) Violations.

④ DEPRIVATION OF AMENDISTRATIVE REMEDIES PROCESS & DUE PROCESS RIGHTS

# DEFENDANT #4
# CAPTAIN

captain pg1

⑦

## A. ARGUMENT

(1) Captain is the over see of his officers and LT Coakley has been shu LT, and has repeatedly beaten, placeing inmates in full restraints tighter then its able to go causeing blisters, scars, deep lacerations, and Captain turns a blind eye.

(2) Captain is aware of administration not allowing the administrative remedies from being completed, Stopping Farmers incomeing and outgoing mail and not doing anything about it.

(3) Captain aware of counselours Barlow & S. Hixenbaugh not walking 4 range for over 3 months and this forces Farmer to send BP8 by mail to them which wont be responded to.

(4) Captain aware of Farmers property in R&D for months and that Farmer direct appeal is due August 23, 2021 and staff not allowing Farmer to go in law library for legal researching for his legal cases criminal & civil, blatantly violateing Farmers due process rights.

## B. DEFENDANT VIOLATIONS

(1) U.S. CONST. VIOLATIONS, Eigth, Fourth-Fourteenth, Fifth Amendments, and Due process of law Violations.

(2) Captain over sees his officers therefore he is responsible fur all there actions Excessive force; sexual assault,; Cruel and unusual-punishment; Abuse of discretion and Authority.

(3) officer Code of conduct 3420.11 and Restraints 5566.06, 8 28 C.F.R. § 115 (PREA).

(4) DEPRIVATION OF DUE PROCESS & ADMINISTRATIVE REMEDIES PROCESS

S.I.S pg1

DEFENDANT # 5

S.I.A. "RETIRED"

DEFENDANT # 6

S.I.S. LT. CRUZ

⑨

## A. ARGUMENT

(1) June 6, 21 & June 7, 21 officers physically, sexualy assaulted Farmer blacken both eyes busted nose fat lip, busted left ear drum, tied up body restraints 24 hours, leaveing deep lacerations on stomach sides back, with blisters, same for the wrist for the handcuffs and same for the ankles from the shakles.

(2) Nurses HANA, GRAM, THORPE & Mckenzie scene the injuries, Mckenzie reported back to Mims, and no pictures was taken of the injuries, and on June 8, or June 9 2021 before meeting with DHO craddock nurse mckenzie & Thorpe reviewed my injuries and put a finger splint on my finger. DHO craddock said he has to report police misconduct.

③ On June 8, or June 9, 2021 mental health Huaet reported the incident to S.I.A. via email and explained the injuries Farmer sustained.

④ Farmer sent S.I.A and S.I.S request on 6-7-21, 6-11-21, 6-15-21 never responding or meeting with Farmer.

Silis pg2

⑩

1  ⑤ NURSE HAIR Scene Farmers injuries deep
2  lacerations, puss, blisters on his body bbackeyes
3  busted lip, damaged picky, thumb and Hair
4  orderd ointment for Farmer. 6-12-21
5  ⑥ June 18, 2021, Farmer reported the sexual
6  assault and showed Nurse Mkenzie two burn
7  circles from LT. Coakley and I told him to contact
8  PREA he said he has to tell Silis and he done
9  that. 4 range
10 ⑦ June 22, 2021 I spoke to chaplin Keyer
11 cried to him, in fear of my life, showed him
12 the injuries I sustain from the physical and
13 sexual assault ask him to contact outside
14 sourses because the employees here at
15 Hazelton are covering it up and Keyer said
16 a prayer for me and promise he would
17 contact outside source. 4 range at 9:17am.
18 ⑧ 6-7-21, 6-11-21, 6-15.21  I filed BP8 and BP9
19 not receiveing any response.
20 ⑨ 6-23-21 Farmer met with DHO craddock
21 requarding incident report then Farmer
22 reported the sexual assault, against Coakley
23 Carnal knowledge, DHO said he will report
24 it I told him report outside of this facility
25 because all trying to cover it up, and Silis,
26 S.I.A, captain, warden no one has even spoken
27 to me about the June 6, June 7. 2021 incident
28 he said he would report it to outside source.
29 I ask DHO craddock to request all video footage
30 on 4 range, one range, and camera footage
31 Wotring had,.

SIS. pg 3                                    11

⑩ On 6-25-21 on 4 range approx. 11:00 am
Farmer spoken to Mental health Huaet about
the sexual & physical assault incident on
June 6, and June 7, 2021 explained to her SIS.
Still has not spoken to me and she was "SHOCKED"
she said she will again report it.

⑪ On 6/24/2021 between 1:00 - 1:20 pm approximatley
Farmer finaly spoken to SIS, LT. Cruz and another
SIS. "18" days after the incident on June 6, June 7,
2021 showed him my injuries explained in brief
convo, what happend he ended the interview
within 10 min. after he taken pics of the two
burn holes on my penis, scrars around my stomach
sides back and and ask me when this happand
that he was not aware of this incident, dispite
the fact it's been reported to SIS numerous times,
first time was on June 8 or June 9, 2021 by mental
health, then again on 6/25/21, then Nurse Mkenzie
on June 18, 2021 all can be reviewed on computer
data.

⑫ On June 15, 2021 Farmer fowarded A Sensitive
BP-10 to regional reguarding Farmer being
physical & sexualy assaulted and explained
that administration wont respond to filed BP8 - BP9
and I'm forced to file BP10 and Regional responded
on July 1, 21 remedy ID 108607-R1 and said this
incident was not a Sensitive matter to file BP9
through my institution, totely disregarding Farmers
Complaint and what he told them that his institution
is preventing the administrative Remedy process.
I fowarded BP10 - & BP11 to central offee not
ever receiveing response back.

Sills pg 4

⑫

⑩ On July 12, 2021 filed BP number 1086700-R1 was returned regarding physical/sexual assault turtureing by prison staff, and explained that administration won't respond to filed BP8-BP9 and my lifes in immediate danger so I am fileing a sensitive BP10, Regional response was thu was not a sensitive matter, file BP9 through your facility.

⑪ On June16, 2021 Farmer was scene by medical for x-rays on back, finger, nose, and only the back showed L3-L4-L5 herniated disk. LT. WARd witnused this and Doctor also notice that my left ear drum was busted.

⑫ Inmate Danial Palmer 53453-350 was beated same as Farmer some consistent injuries and Palmer went to the hospital and staff taken pictures of Palmers injuries, this incident happen before June 6, 21 incident with me, same LT. Coakley envolved and he has not been fired. Still works as LT. in shu.

⑬ Sills or Silva never contacted PREA as I requested.

⑭ June 21, 2021 I handwritten ① Federal Bureau of Prisons; ② Office of Government ethics; ③ Central office X2 ③West Virginia U.S court never receiveing a response back.

⑮ June 23, 2021 I contacted by mail ① Ispector General Invest. Divison; ② ACLU ③ Attorney McNeill, never receiveing a response back.

⑯ June 28, 21 I written West Virginia U.S court never receiveing a response back.

S.I.S pg.5.

(17) July 12, 2021 I written civil rights comission and central office not receiveing a response back.

(18) July 13, 2021 I written ① office of proffesional-responsibility DOJ misconduct; ② U.S. Dept. of Justice-civil rights divison not receiveing a response back

(19) July 14, 2021 I wrote ① ~~central~~ Central office not receiveing a response.

## B. DEFENDANTS VIOLATIONS

① U.S. Const violations, eigth, Fiftth Fourth and fourteenth amendment Due process violations

② Negligence, conspiracy against rights

③ violations of Code of conduct 3420.11 restraints 5566.06 & 28 C.F.R # 115 (PREA).

④ DEPRIVATION OF ADMINISTRATIVE REMEDIES AND DUE PROCESS OF LAW.

⑤ FAILURE TO INVESTIGATE, DELAY IN INVESTIGATING AND NOT DISCIPLINEING OFFICERS For there misconduct

S.I.S. LT. HART met with Farmer on Juhe11,21 about Farmer being beaten/sexualy assaulted he said he was PREA. S.I.A. rehred, S.I.S. LT. cruz lost his position. now LT. HART took over for cruz and new S.I.A took over for S.I.A defendant whom retired.

LT. Coakley pg 1

14

# DEFENDANT # 7
# LT. COAKLEY

# A. ARGUMENT

1
2   (1) LT. COAKLEY orderd officers WOTRIG, WILES
3   FRIEND To use excessive force and sexualy
4   violate Farmer by throwing him to the floor
5   while handcuffed and shakled, stripping the
6   clothes off of Farmer to replace it with paper
7   clothes.
8   (2) While Wotrig worked the camera guards
9    forceing Farmer's head and upper torso down
10  making him walking backwards as Farmer yelled
11  his back hurts, then guards placed Farmer in
12  a wheel chair and rolled him to one range
13  cell one.
14  (3) While handcuffed and in shakles LT. COAKLEY
15  orderd Farmer to lay on his back on the bed
16  as guards held Farmer, forceing his head to the
17  left wall the side COAKLEY was on he began
18  putting a belly chain on my stomach sides back
19  So tight making it hard to take deep breaths, then
20  Coakley put on a black box and tighten the hand cuffs
21  So tight, causeing blood circulation to make my
22  hands wrist lower forearms swell, lack of circulation.
23   Then Coakley also strategicaly locked the black
24  box pinch my stomach skin, in the box. Coakley
25  ask the guards for a cigeratte and I heard I believe
26  not sure but sounded like wiles give him something
27  and chuckled then Coakley said remember those
28  people you killed, then he burned my penis I scream
29  and he done it again, I screamed again.

LT. Coakley pg 2

④ Ulhmetley Coakley placed Farmer in belly chain black box, handcuffs & shakles from approx 8-9 am on June 6, 2021, until he and nurse hana came the following morning of June 7, 2021 check my vitals and then removed black box, belly chain handcuffs. This restraints prevented Farmer from useing the restroom and forced him to urinate on himself.

⑤ Farmer had a LT. hold on him since arriving at U.S.P Hazelton then on June 6, 21, after LT. Coakley did not parhcipate in my cell change crum slammed me I ask LT. why wasnt you there, he responds "oh I took that LT. Hold off, he he"

⑥ LT. Coakley denies legal law library services violateing due process rights

## B. DEFENDANT VIOLATIONS

(1) EXCESSIVE FORCE; DELIBERATE INDIFFERENCE; SEXUALY ASSAULT; ABUSE OF DISCRETION & AUTHORITY; DEPRIVEING LIFE-LIBERTY & PROPERTY; CRUEL & UNUSUAL PUNISHMENT.

(2). U.S. CONST. VIOLATIONS EIGTH, FOURTH; Fourteenth, Fifth Amendment violahons & Due process rights violahons.

(3) VIOLATIONS OF 3420.11 officer code of-conduct; 5566.06 Restraints and 28 C.F.R. §115 (PREA) violahons.

(4) DEPRIVATION OF ADMINISTRATIVE REMEDIES AND DUE PROCESS RIGHTS

Jenkins #8

1    DEFENDANT # 8                                    16

2    LT. B. JENKINS

3

4        A. ARGUMENT

5

6 (1) June 6, 2021 Approx. 9-11 A.M, LT B. JENKINS

7    Arrives in cell one on 1 range in the SHU shortly

8 affter Wotrig taken a picture of Farmer. Jenkins

9 says something to Wotrig he then turned away

10 and shut the camera off. Unit team - counselou

11 Deavers, Mcduffie come in the cell as Jenkins

12 did. Wiles, Friend had pushed, rammed Farmer

13 in cell wall with the shield while he was

14 in restraints, then Jenkins told them Wiles, Friend

15 to let Farmer go, and directed Farmer to

16 Stand in Front of Jenkins, Farmer told Jenkins

17 "he didnt do shit" Jenkins began brutaly striking

18 Farmer on both sides of his face. approx. a dozen

19 times as Wiles, Friend, Mcduffie, Deavers and

20 Wotrig stood and watched not once interviening.

21 During this attack Farmers left ear drum was

22 busted as medical observed on June 16, 21 and

23 Farmer received two black swollen eyes, damaged

24 nose, fat busted lip.

25        ② On June 6, 21 after the brutal attack

26 on Farmer while he was handcuffed behind his

27 back and in shakles, Coakley had put on the

28 belly chain, black box handcuffs in front left

29 and Jenkins comeback in the cell as wiles

30 and Friend rammed Farmer into the wall

31 repeatedly. cause intense pain to the locked box

32 cuffs wrist, and LT. Jenkins began pulling

Jenkins p.g 2      (17)

1   Jenkins, bending Farmers fingers, thumbs, and
2   causeing pain as Farmer begged him to stop,
3   Jenkins encouraged Farmer to spit on him or
4   head butt him, so Qoute" He can kill me get away
5   with it with fileing a falseified incident report,
6   "Only if you knew"!
7   ③ Farmers injuries from L.T.B.Jenkins were
8   physical, emotional, physchological pain. Causeing
9   both eyes to be black, swollen, knotts on face
10  head, busted damaged nose, busted fat lip,
11  damaged thumb, pinky, Farmer was in fear that
12  he was going to be killed.
13      Today is August 10, 21  2 months after this
14  brutal, attack & torture and every time  Farmer
15  or his cellmate Major Neo Mccoy #52248-424
16  hears the guards comeing on the range, Farmer
17  and his cell mate fear that they are comeing
18  to physicaly assault-Attack or kill them,
19  Mccoy scene the injuries Farmer received
20  when he came back into the cell with Mccoy

## B. DEFENDANT VIOLATIONS

① U.S. CONST. VIOLATIONS, EIGTH, FIFTH,
FOURTH-FOURTEENTH AMENDMENT VIOLATIONS

② EXCESSIVE FORCE; DELIBERATE INDIFFE-
RANCE; TORTURE; CRUEL & UNUSUAL-
PUNISHMENT; ABUSE OF DISCRETION & AUTORITY

③ VIOLATIONS OF; ① OFFICER CODE OF CONDUCT
3.3420.11; RESTRAINTS 5566.06

1   DEFENDANT # 9

2   LT. JAMES

3   ## A. ARGUMENT

4   (1) LT. James released Farmer from restraints
5   sometime on June 6, 2021 pm and his officers
6   Wiles, dingress left Farmer in restraints until
7   the following morning of June 7, 2021 between
8   8-9 am.

9

10   ## B. DEFENDANT VIOLATIONS

11   (1) U.S. Const. violations, Eigth, Fourth and
12   Fourteenth amendment & Due process
13   violations.

14
15   (2) Excessive Force, cruel & unusual punishment
16   Abuse of Descretion and authority; Negligence.

17
18   (3) Violations of (1) officer code of Conduct 3420.11
19   (2) Restraints 5566.06

Lt. Carr pg. 2

DEFENDANT # 10

LT. CARR

(19)

# A. ARGUMENT

(1) Sometime during mid evening LT CARR, officer Marshal, Three nurses ; Mckenzie, Grahm, & Thorpe came to check my vitals and the tightness of the cuffs and before the nurses could check Farmers vitals Farmer pointed out the blood splaters on the walls & floor where police LT. Jenkins brutaly beaten me, Carr rushed the nurses out of the room without checking my vitals. These officers and nurses only came when I showed officer ROUSH how my hand were swollen, purple, blue, with my feet and toe nails from the tightness of the restraints.

After LT Carr rushed out the nurses I begged him to loosen up the restraints, and the black box pinching my belly skin Carr responds," I'm not messing with that Coakley put them on."

(2). Between 12:00-3:00 Am on June 7, 2021 I showed officer C=DAVIS my hands lower arms and fingers, feet swollen, purple, blue skin and finger nails, toenails and expressed the pain I'm feeling to call LT. I ended up looseing conciousness urinating on myself laying on my back LT. Carr and Marshal arrive yelling for me to get up, I could not

Lt. Carr pg 2

20

1 — due to the pain, and mentaly, pyscnologically
2 broken confused, disorientated, eventualy Lt. Carr
3 and Marshal come and lift me up bin to the
4 bed, and a few minutes later I
5 ask Carr to please loosen so the restraints
6 he again blam it on Coakley. I tell Carr that
7 them nurses that he rushed out of here won't
8 he when they get subpoena like your officers will
9 and Carr looked at Marshal told him to not tell
10 Coakley and he loosend the restraints and open the
11 black box to release the skin on my stomach a
12 locked the black box. Then left me in restraints.
13 (3) During 6/6/21 while nurses Mckenzie, Thorpe
14 was in the cell I told them how police beaten
15 me "officer Friend said" That wasn't shit."

16
17 # B. DEFENDANT VIOLATIONS
18
19 (1) U.S. CONST. VIOLATIONS; Eigth, Fourth—
20 Fourteenth, Fifth Amendment violations,
21  AND DUE PROCESS VIOLATIONS.
22
23 (2) EXCESSIVE FORCE, CRUEL & UNUSUAL—
24 Punishment, Torture, Negdigence.
25
26 (3) Violations of; 342.all officer code of conduct
27  $566.06 Restraints violation
28
29 (4) Abuse of discretion and Authority

LT. CARR NExt Violations:

① Violateing Farmers Due process Rights
by throwing away Farmers legal mail
file motions, that Farmer given to
Co Friend to give him, LT. carr told
him he dont have it no more.

# DEFENDANT # 11
# PSYCHOLOGY MRS. BROWN
# A. ARGUMENT

(1) Mrs. Brown is aware of the brutal physical and sexual attack by prison guards on June 6, 21 and June 7, 21 and how Farmer has been denied library services for his appeal, how police has stopped incomeing even out going mail for Farmer and she sees Farmer steady being written up having difficulty comforming to prison rules and regulations and cited for disciplinary infrachans.

Ms Brown is aware that holding mentaly ill prisoners in segregahon for long periods of times is harmfull to Farmer mental illness. See Case Mass v. Donahue, No. 2:05 cv-37 (S.D. Ind.); (2010 U.S. Dish Lexis 41896) and 2012 U.s. Lexis 182974. These cases speaks of holding mentaly ill prisoners in long term segregahon Violates the eigth Amendment Cruel and unusual punishment.

Experts testified in these cases that a mental illness is a biologically based brain disorder that has behavioral manifestahons, and some funchonal manifestahon, and some psychological manifestahon. Courts use the term mental disorder.

American Civil Liberhes Union and Indiana Protechon Advocacy services filed civil litigahon against I.D.O.C on holding mentally ill prisoners in segregahon for long periods of times is harmful to these prisoners based on exstensive evidence presented in this case.

the court found that there are three ways in which segregation is harmful to prisoners with mental illness. The first lack of social interaction, creates problems itself. The second is that the isolation itself involves significant sensory deprivation. The third is the enforced idleness, permitting no activities or distractions. These factors can exacerbate the prisoners symptoms of mental illness. This condition is known as decompensation, an exacerbation or worsening of symptoms and illness.

The fact is that mentally ill people often have difficulty conforming to prison rules and regulations and are more likely than other prisoners to be cited for disciplinary infractions. In the isolation of these units, there is a very high risk that mentally ill prisoners will decompensate and become more dysfunctional and hard to manage. The evidence at trial is overwhelmingly shows that decompensation is psychologically painful to mentally ill prisoners "Psychological Pain" includes pain and suffering associated with feelings depressed, anxious, having nightmares, worries, and anxieties. This pain is also experienced as feelings as confusion, of being lost and being misunderstood.

This pain produces suffering, and a delay in treating the condition complicates the condition. Can also reduces the chances of a mentally ill prisoner achieving or re-establishing an optimal level of functioning. Decompensation is influenced by environmental circumstances particularly isolation. The psychological associated with ⟶

decompensation Can produce in a mentally ill prisoner to desire to cummitte self-harm. This could occur through what is termed "Command hallucinations".

It can also occur because the prisoner seeks to relieve tension, to get attention, or to replace the psychological pain with physical pain.

Decompensation legnthens the time needed for a mentally ill prisoner cognitive and Psychological functioning to be restord and in Some cases instances, in some instances life hangs in the balance tragically, a disproprothonatley high precentage of suicides are committed by prisoners in segregation compared to those in general population.

Farmer received SSII checks from the Government when in society for his mental health, Farmer been in the Shu isolation since January 25, 2021 to the date August 12, 2021 attempted suicide in Dec. 2020. In 2019 since being in Federal Custody, Farmer has received dozens of incident reports here in VISP. and he has not been out for groups, recreation. dispute the fact prison guard brutaly beaten and sexualy assaulted him, guards never being fired.

Mental health Haent score the black eyes, lumps on face, deep lacerations blisters where the body chain was hand cuffs, shakles ga she reported it to S.I.A. medical and S.I.A SIS Captain, Aw Never even spoken to Farmer, medical Nerv taken pictures and threw in a cell without sending Farmer to outside specialist ER to receive adequate health.

Mental health pg

care, and Farmer showed the cases abouve to show pyschological pain is real especially when receiving n Mental health treatement and dealing with on going physical pain by guards that torture him and still walk by him everyday.

Mental health leaves Farmer in Isolation 24 hrs aday.

## B. DEFENDANTS VIOLATIONS

1. Deliberate Indifference
2. Inadequate Mental health care.
3. Cruel & unusual punishment Violateing the eigth amendment.

4. Violation ot ficer rules ot Conduct. 3420.11

DEFENDANT # 12 CO WILES

DEFENDANT # 15 CO DINGRESS

DEFENDANT # 14 CO FRIEND

(26)

## A. ARGUMENT

① WILES, DINGRESS, FRIEND while Farmer was in body restraints, handcuffs, black box, belly chain Shackles these police repeatedly ramming Farmer into the back wall.

② LT. James spoken to Dingress & Wiles and were informed to remove Farmer out of the restraints, on June 6, 2021, and they left Farmer in restraints until June 7, 21 Am

## B DEFENDANTS VIOLATIONS

① Violations of the eigth, fifth, fourth fourteenth amendment to U.S. const Deprivation Due process, Substantial due process violations, cruel and unusual punishment, torture, Deliberate Indifference

② violated officer code of conduct 3420.11 and Restraints 5566.06.

DEFENDANT # 13   CO WOTRIG   (27)

DEFENDANT # 16   CO DEAVERS

DEFENDANT # 17   CO MCDUFFIE

DEFENDANT # 14   CO FRIEND

DEFENDANT # 12   CO WILES

# (A) ARGUMENT

① CO WOTRIG shut the camera off so LT. B. Jenkins can began his brutal physical beaten.

② WOTRIG, DEAVERS, MCDUFFIE, FRIEND, and WILES, witness Jenkins brutaly beaten Farmer while he was in restraints, on cell one one range and did not intervine, moreless being spectators.

# (B) DEFENANT VIOLATIONS

① These Defendants violated the eigth, fifth fourth and Fourteenth amendment, substantial Due process violations,

② These defendants forced cruel and unusual punishment, negligence, Deliberate indifference violated officer code of conduct 3420.11 and Restraints 5566.06.

# DEFENDANT # 19

(28)

# GO. GERELD CRUM

## A.   ARGUMENT

1
2
3 (1) On June sixth approx. 8:00 Am officer's Gereld
4   Crum and unamed officer was escorting inmate
5   Jeremiah S. Farmer #16931-027 from cell 209 to
6   Cell 208 on 4 range in the SHU while Farmer was
7   handcuffed behind his back carrying his own property
8   inside the sheet behind his back words were exchanged
9   between Farmer and officers, and Mr. Crum used
10  excessive force and violated Farmers substantial
11  due process rights slamming Farmer directly to
12  the ground then unamed officer began bending
13  Farmers legs toward his head, inflicting pain
14  and Farmers back was injuried during the
15  incident CRum then lied on the incident report

## B. DEFENDANTS VIOLATIONS

16
17 (2) OFFICERS USED EXCESSIVE FORCE AND
18 VIOLATED FARMERS SUBSTANTIAL DUE PROCESS
19 RIGHTS IN THIS INCIDENT WITH DELIBERATE
20 INDIFFERANCE.
21
22 (3) U.S. CONSTITUTIONS EIGTH, FOURTH
23 AND FOURTEENTH AMENDMENTH'S AND DUE
24 PROCESS VIOLATIONS.
25
26 (4) Crum and officer violated the "OFFICER-
27 code of Conduct" 3420.11.

1   DEFENDANT # 23 HIXENBAUGH    (29)

2   DEFENDANT # 23A BARLOW

# A. ARGUMENT

5   ① Hixenbaugh/ Barlow has denied Farmer
6   his Due process rights, adminstrative remedies
7   process, never walking 4 range for 4 plus
8   months, and not responding to the filed
9   BP8 LT. Coakley, Mental health Havet
10  repeatedly contacted Barlow and
11  Hixenbaugh to come see Farmer and
12  they ignored this. Mental Haeut then
13  deliverd custer multiple times request
14  from Farmer for Barlow/ Hixenbaugh
15  to come see Farmer for legal copies,
16  legal postage, pick up BP8 so he won't
17  have to place them in the mail this
18  to was to no avail. Forceing Farmer to
19  mail in the original copies of his legal
20  motions, resulting in the courts forceing
21  Farmer to pay for copies of the motions
22  a fee of 50¢ per page, specifically now
23  Farmer has to pay $91.00 for copies of his
24  civil complaint in Indiana U.S. Dist court

25  ⑧ DEFENDANTS VIOLATIONS
26  ⑧① Defendants violated deprivation of
27     the administrative remedies process
28   Due process violations and
29   officer code of conduct 342.011.
30  ② By not walking/providing copies Farmer has
    to pay $92.00 august 8, 21 to U.S. court
     in harmons in. CUSTER took over not I have
    been receiving legal process. He does great job.

# DEFENDANT # 24

(30)

## DHO CRADDCK

# A. ARGUMENT

(1) On June 8, or 9 2021 Farmer scene DHO Craddock about the June 6,21 excessive force, substantial due process violation being slammed to the ground while handcuffed incident report, and Gereld crum false reported allegeding that I threaten to kill staff, and while at this hearing craddock scene both of my eyes black, busted lip, blisters on my wrist from tightness of handcuffs, blisters on my ankles from tightness of shakles, blisters around my stomach sides back from tightness of belly chain, bent fingers thumbs and thats from B.Jenkins, I turned in BP10 to sir craddock about me being beaten and he said that he has to report Police misconduct. & continued the hearing.

(2) While at this DHO I was scene by medical nurse McKenzie/Thorpe about my ear pain, headachs, back, finger, thumb pain.

(3) Sometime within approx 1-2 weeks after this DHO hearing, Farmer had another hearing and reported the sexual assault by LT. Coakley and DHO craddock said these are serious alligations he must report, I again filed sensitive BP10 with craddock due to administration not responding or counselour Barlow responding. Today is August 10, 2021.

## B. DEFENDANT VIOLATIONS

(1) U.S const. Due process violations for not reporting BP10 or to PREA as Farmer requested.

medical pg 1

(31)

1  DEFENDANT # 27

2  MEDICAL SUPERVISOR MIMS

3  DEFENDANT # 26    PILES

## A. ARGUMENT

4

5  ① Supervisor Mims received notice by

6  medical employees of the sever injuries

7  that Farmer received, on June 6, 21, and June 7, 21

8  and Farmer was scene 2 weeks later for

9  x-rays, medical discovered the busted left

10  ear drum. wrist, thumb right hand pinky righthand injury.

11  ② medical nurses reported Farmer having

12  black eyes, swollen eyes, busted lip, deep lacerations

13  blisters from restraints, scaring on penis from

14  LT. Coakly burning it, back pain, nose inflicted

15  pain now can't fully breath out of it, lost of

16  feeling in right thumb, left wrist still. Mims

17  wont send Farmer out for proffessional

18  Services. or increase his gabapehn

19  ③ NURSES Mkenzie, HANA, Thorpe, Gram,

20  Fox, Hair, And Armel reported the

21  Injuries Farmer sustained and Mims

22  provided no further medical care, or

23  even taken pictures of Farmers injuries.

24  ④ Piles scene Farmer for his 6 month

25  review wouldnt let Farmer speak about

26  all his injuries and walk away and

27  regional only up Gabapehn 100mg.

28  ⑤ Farmer has filed dozens of request to

29  medical and about his injuries, pain and they

30  refuse to respond.

medical pg2

③

⑥ MIMS ignores medical procedure and instead allow prison custody staff & Administration to dictate what they do such as provideing no medical care after Farmer was brutaly beaten and Sexualy assaulted by prison guards, receiveing two block eyes, bruises, lumps, on face, busted & damaged nose, lip, wrist, right thumb, pinky, lost of feeling in right thumb and right wrist, busted left ear drum, deep lacerations around Stomach, sides back, wrist, ankle, with major blistering, back, leg pain, all caused from June 6, and June 7, 2021 attacking, torture and cruel & unusual punishment by prison guards.

Nurses Mkenzie, Thorpe, Gram repeatly Scene my condition on June 6, 2021, even Seeing blood splatters on the walls, and Nurse hana on June 7, 21 approx. 7-8:00 Am with LT. Coakley come in the cell while handcuffed, black box, belly chain, shakles, check my vitals and left approx 2-5 min. while in cell one on one range.

Medical was denied taking pictures of the Injuries on June 6, June 7, 2021 and period. Medical never taken pictures of any injuries and waited 2 weeks until June 16, 21 to take x-rays of back, finger, nose, and to determine that Farmers left ear drum had been busted and claim they will send out Farmer to a Ear specialist and nurses said my finger thumb has damaged tendants, and my back x-rays shows L3, L4, L5, lumbar minus the most pain

MEDICAL PG 7

Today August 10, 21 Farmer has been left in a cell without being further scene By outside specialist for his busted left ear drum, lost of hearing and pain in his ear; for his back leg nerve pain or worst, despite what the x-rays showed of his already documented L3, L4, L5 herniated disks, still not sent to outside specialist, and nurse piles up his gabapehn "Only" 100 mg which has offerd little or no relief; No relief for damaged pinky, thumb that is bend, looking out of normal, causeing pain, nurses said it was tendants, nurse Mkenzie, Fox, and Lt. Carr said to just keep bending it; and never being sent out for this damaged tendants; or never being sent out for damaged right wrist, or lost of feeling in right thumb top of left wrist; And medical nevers respond to request, and administration deprivation of the administrative remedy process. All which has been torture to remain in a cell without going to outside specialist, 24 hour pain & suffering.

## B DEFENDANT'S VIOLATIONS

1 U.S. CONST. VIOLATIONS EIGTH, FIFTH, FOURTH & FOURTEENTH AMENDMENT VIOLATIONS.

2 DELAY IN MEDICAL TREATMENTS; DELIBERATE INDIFFERANCE; CRUEL AND UNUSUAL PUNISHMENT WITH A MALICIOUS AND SADISTIC INTENT.

34

① MIMS received reports from Mental health Haeut regarding the injuries Farmer sustain and it was reported on June 8, 21 by mental health even specifically stating it needs to be cleaned she was concerned about infection, and they never even looked at the blisters, etc—

② Mental health Haeut, Nurse Mhinney reported Sexual assault and Mhinney seen fresh wounds on my penis from LT. Coakley burning it and it was reported to MIMS and Medical never looked at it, and S.His. Cruz taken pictures and medical still turned a blind eye.

35

# PLAINTIFFS WITNESSES TO SEEING INJURIES ON FARMER.

1. Deavers
2. McDuffy
3. LT. Coakley
4. LT. B. Jenkins.
5. Frient
6. WOTRIG
7. Gerald Crum
8. Butler
9. Vernon
10. Parker
11. Keyer
12. Silis, LT. CRUZ
13. LT. CARR
14. C. DAVIS
15. Knight
16. Roush
17. WILES
18. DINGRESS
19. MARSHAL
20. Fired LT. WARE
21. Cellmate Major nca Mccoy 52248-464
22. DHO CRADDOCK
23. 6-11-21 DZUBAK & SHIRK 4 range.
24. G. Miller 6-10-21 between 2:00-2:40 pm 4 range.
25. LT. WARR June 13,21 9:30 to:00 am 4 range
26. Kyer
27. June 22,21 chaplin Keyer at 9:00-9:17 am 4 range
28. Captain
29. AW Gabby
30. Ellis,

31. Nurses; Mkinney;
32. HANA
33. HAIR
34. FOX
35. Grahm
36. Thorpe
37. Armel et al.



36

WHEREFORE THIS 42 U.S.C. 1983 (BIVENS)
Complaint is based on facts supported
by a preponderence of evidence.

CERTIFICATE OF SERVICE
I hereby the undersigned Jeremiah Farmer
hereby certifi that on this August 12, 21
day a copy of this Complaint was
Fowarded to U.S. Dist Court, W.V. by
via postal mail service to the
Following address;

⑦ U.S. DIST. COURT.
P.O. Box. 1518
ELKINS, WV
26241

Respectfully Submitted
/s/ _____
pro-se-plaintiff
ATTN: CERTIFY                Jeremiah S. Farmer  #16931-027
All mail going              U.S.P. Hazelton
to plaintiff so             P.O. Box 2000
he has to sign              Bruceton Mills WV
for it.                           26525

Thank You Much GOD BLESS!!

# AFFIDAVIT / DECLARATION ✗1

6-27-21

Comes now, inmate Jeremiah S. Farmer #16931-027, and submits the following declaration in support of the beating and sexual assault Farmer received on 6-6-21 and 6-7-21 by police; When my cellie Jeremiah Shane Farmer came back from where ever the c.o. took him to he came back with black eye's bruises all over his face mark & open leceration's all around his waist around his twrist & anckles & burne mark above his penis & I couldn't belive what I saw & the crazy part that when they took him from our cell he didn't do anything wrong that I could see & they throug him on the floor & then they bring him up to his feet & took him off. He ask the c.o. countless of time's to go to the law licbarcy & they never let him go they took both our commissary slip from the othe commissary slip in the pound. I just don't understand why all this stuff is happening for no reason.

Respecsfully Submitted
/s/ Major NEO McCoy III

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6-27-21

Respectfully submitted
/s/ major neo mccoy III
Major NEO McCoy III 50348-420
U.S.P Hazelton p.o. Box 2000
Bructon Mills WV. 26525

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

X2

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: FARMER Jeremiah S       L6931-027   (SHU)    H.U.S.P
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　INSTITUTION

**Part A - REASON FOR APPEAL** This is a sensitive to I been here at Hazelton
for over 1 month I filed BP8 BP9 or request never got
a response I'm currently on Gabapentin 600mg in morning and
at night I spoke to health and admin has hidden I came in
BOP in 2017 I was on 1200mg in the morning and at night
of Gabapentin which really help with my sciatic nerve pain. The
BOP stoped it. Then I went to a spine specialist an they put
me back on Gabapentin for my cronic nerve pain. In 2018
I'm requesting for my Gabapentin to be raised to help with my
pain I got in my lower back left leg etc. I have external bleeding
and MCC chicago has me in to receive a columosty I was informed
doctors here were notified of my stomach pain probaly ulcers
and nothing was scheduled to a outsise specialist surgery
5-26-21　　please help me

DATE　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY　　　　　　CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

DATE　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

USP LVN

U.S. DEPARTMENT OF JUSTICE        REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

(X3)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **FARMER** Jeremiah S.    16931-627    SHU    USP Hazelton

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A– INMATE REQUEST   I'm forwarding this BP9 to regional office in Alanta because USP Hazelton never responds to any B8 B9. This is sensitive because my life is indager from Hazelton correctional officers see a follows

Around 8/20 I was being escorted by Crum and another officer I believe si Dinges was his name, He told me I'm not R-kelly I will kill you USP hazelton style, I turn to face him useing profanity Then crum as I was hand cuffed behind my back holdin my proper tied in a sheet Mr. Crum use excessive force by slamming to the ground. Cracking my lower back, and injureing my hip left him with major brusing. I was then taken by LT. coakly and officers to be stripped of my clothing and put pape clothes on me.

7-15-21
DATE

*Jeremiah F*
SIGNATURE OF REQUESTER

Part B– RESPONSE

REMEDY ID: 1086072-R1

DATE             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

   CASE NUMBER: _____

Part C– RECEIPT

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                                            
      DATE             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: FARmer, Jermiah S    16934-627    SHU    Hazelton
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** On June 6, 21 Offico Gordi Crum slam me to the floor while I was handcuffed behind my back. LT. coahly then had me wrapped up and stripped out of my clothes taken to one range cell one. LT. B Jenkins while I had handcuffs behind my back with wutrig washing the camera Jenkins had wotrig shut the camera off as Beavos Fi and McDulfy leaned on the wall Jenkins began begthig both sides of my face blood splatterd on the wall. Lt coahly then wrapped body chain hand cuff shackle as tight as it can be then aske me "remember the two people you killed with a hammer? I told him I did not do that nolest wifes, Dingras, frind at random times

DATE June 11-21          SIGNATURE OF REQUESTER _____

**Part B– RESPONSE**

DATE _____          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _____

                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE _____          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN     PRINTED ON RECYCLED PAPER     BP-229(13)
                                                   APRIL 1982

# FCC HAZELTON SICK CALL FORM

**(Circle one)**        MEDICAL        DENTAL        COP-OUT

Only **ONE** topic only per sheet. Use **ONLY** the space below (do not write on the back).
Submit this form to medical staff.

NAME: Jeremiah S. Fenner                REG #: 16931-027

HOUSNG UNIT / CELL: SHU 209            DATE: 7-14-21

WHAT IS YOUR CONCERN? Hello, reason for this request is to inform you that the 300mg increase for my gabapentin made little difference and I'm requesting another 300mg increase. My back leg nerve pain really effects me. next, my pinkus has not healed and look all broken but medical records x-rays said its not broken also scars on my penis from being burned by ltcorker and scars on stomach sides needs oitment my left ear drum still has not healed and still loss of hearing in my left ear.

When did this start? / How long have you had the problem? 6-6-21 staff beat u.

- - - - - - - - - - **(Do not write below the line, STAFF ONLY)** - - - - - - - - - -

_____You are being referred to Commissary to purchase: _____

_____This is a chronic care issue and will be addressed at the next chronic care visit.

_____This is a mental health issue. Please see Psychology in order to be assessed.

① You have an upcoming F/U.

② XRAY ⊖

③ Purchase triple antibiotic from commissary

④ You are pending evaluation from ENT.

ABnd, PAC 07/18/21

JRP 2020

PAGE 3 of 8

7 from 10:00 - 9:00 Dingress, Wiles would come in the cell on 6-6-21 and have me face the wall and Wiles would charge in ramming me against the wall Dingress said this is what happans when you disrespect Staff and they never gave me lunch look on camera.

8 Nurse Mkenzie, Thorpe come in with staff do to the cuffs shankles being on to tight.

9 I told ROUSH, & C. DAVIS the restraints is causeing me pain, to call LT. and they did and LT CARR, Marshal Nurse Mkenzie, Thorpe, GRAM come in and to do my vitals but LT CARR made them leave before that happend due to me pointing out all the blood on the walls, floors from police beating me up. Then I ask CARR to loosen up the restraints he said No, that's Coakly doing, he wont mess with it. They left.

10 Between 12:00 - 2:00 Am on 6-7-21 I showed C. DAVIS my hands swollen up twice its normal size, hands black purple blue, toes, feet, two nails purple from the tightness of the shackles, handcuffs, black box, belly chain that Coakly put on me at 8-9 Am on 6-6-21 leaving it on preventing me from able to use restroom or eat

11 Between 2:00 Am - 3:00 Am on 6-7-21 I lost counciousness awaken in my urine in feces and LT CARR telling me to get up, I told him I cant pain, and also I felt mentaly not able to, CARR & Marshal come in CARR lifted me up out of my feces urine put me on the bed, he did not call medical, but wha I begged for him to loosen up my restraints he said No coakly done it I told him that when those 3 nurses are subpeana they will tell the truth and my condition is on his watch

and he looked at Marshal told him to not tell Coakly
and he began loosering my restraints & left

(12). Between 7-8 Am on 6-7-21 Coakly & nurse Hahn came
So Hahn can check my vitals, and she left, Coakly stepped
in the cell removed the black box, belly chain and left
leaveing handcuffs and shakles on me

(13) Between 8-9:00 Am Wiles and officer removed me
from one range cell one escorted me back to my
cell with my celly Major Neo McCoy III #52248-464
and he was shocked by my black eyes, busted lip
bruises on my face, my lost of hearing in my left ear,
deep lacerations around my stomach, sides, back from the
belly chain, and around my wrist, ankles from hand
cuffs and shakles, all leaveing dozens of blisters

(14). On June 8 or June 9 2021 I met with DHO Craddock
and showed him my injuries, and told him what happend
with police beahing me, tortureing me on June 6 2021
through June 7, 2021 he said he has to report police
misconduct and continued the hearing because I requested
video evidence and I met with mental health Ms. hvaet
and reported it to her, and she said she sent SolIA
a email

(15) Wiles given me a commasary Sheet on 6-7-21
and picked it out of my door on 6-7-21 and on
6-9-21 when commasary come me and my celly
Major Neo Mccoy III #52248-464 did not receive no
commasary the staff took both of our sheets out
preventing us from getting stamps envelopes for
legal purposes violating due process

PAGE 5 of 8

(16). On 6-10-21 between 2:00-2:40 pm I scene G. MILLER complain about my pain and my injuries I received from staff and showed him.

(17). On 6-11-21 I spoke to DZUBAK & SHIRK showed them both complained about pain, not seeing medical, Shirk wrote it down and said he will call them, medical never come

(18). 6-12-21 spoke to nurse beba.

(19) 6-13-21 spoke to LT WARR and he was with Beavers and I showed him my injuries

(20). 6-12-21 spoke to nurse HAIK he orderd me oitment for the deep lacerations, blisters from restraints

(21). 6-16-21 scene by medical received x-rays, and flushed out my left ear and noticed my left ear drum was busted by Jenkins

(22). 6-17-21 scene nurse Armel explained my severe back pain she offerd no relief and refused to take pictures of my injuries

(23). 6-18-21 Nurse Mkenzie reported my sexuali assault to Silis

(24) Chaplin Kyer on 6-22-21 9-9:30 Am states he will report the sexual assault and physical assaut to outside authorities because I told him Silis or Sila or captain, or Warden never spoke to me and avoid doing rounds on my range since I was beaten and sexualy assaulted by staff on 6-6-21 & 6-7-21.

(25). On 6-7-21; 6-21-21 Ive turned in 3 sensitive BP-10 and 2 to central office about me being physially and sexualy assaulted by police never receiving a response back.

26). On June 7, 2021, I've written Federal Bureau of prisons, Iternal affairs, office of Government ethics, West Virgina W.s. court, my Dist. court, and appeals court filed complaints about being physicaly and sexualy assaulted by police in hazelton

27) 6-22-21 S.I.S. LT. cruz, walked my range 4 range while me and my celly was sleeping never talking to me

28) 6-23-21 spoke to DHo craddock, given my sworn affidavit regarding me being sexualy assaulted, beated and tortured by police, he said he will report the Sexual assault with outside, then he said the Milan assault incident report# 3465428 he has to burn me Milan S.I.s. sent him the video, I told him he told me he thrown the case out at the last DHo because they don't have the video, he said that since he continued this 6-8-21 threatening with Hazelton police that Milan incident wasn't thrown out. Then I ask him did he see the video here he said yeah, when they put you up against the wall, I said that never happen I said did you see me trying to assault police with my head he said it matches what the report said, I told him I never tried assaulting police with my head he said he can't see in the room, I told him I was never in the room with the police on 4 range. He continued the case.

29) On 6-24-21 LT. CRUZ with another S.I.S. between 1:00-1:20 Am met with me, Cruz claims he never heard about this incident which was a lie, several staff has reported it to S.I.S & S.I.A they taken pictures of my scars on my penis, around my stomach and sides all scars from

PAGE 7 of 8

CONCLUSION: Mr. Farmer has sufferd tramaticly from the physical, sexual assault that he was tatured, restraint over 24 hours from 6-6-21 8:00-9:00 Am until 6-7-21 8:00-9:00 AM, and he has been denied library legal services, legal copies, C1 case manager has not walked my range in over 8 weeks, and LT. coakly, Ellis and Mental health Ms. huact has sent them emails, Spoken to then and still never comeing to help with legal copies. Or legal postage. And I am being denied the administrative remedies process due to Hazelton officals interfering purposely prevanting the administrative process from being Successfully completed. this happens to numeours Inmates here, do history check.

My appeal rights have been violated, by not being allowed to legal law Library, Due process rights being violated, all due to the misconduct by the Hazelton administration.

My life is in immediate danger with these police, and I have permanent scars busted left ear drum with lost of hearing in my left ear, police walk every 30 min. and I am terrified that will be when they tell me to cuff up and escort me to my execution while all turns a blind eye. Theres many Inmates that are beaten here by police, look at the history, and Administration turns a blind eye and prevents the administrative remedy process from being Completed.

PAGE 8 of 8

Police that beaten me physically, sexually assaulted me, tortured me, LT Coahly, B. Jenkinss, Wiler, Duegress Friend, Wodrig still works here and putting other Inmates life in danger. I am seeking a "INDUCTIVE Relief" Immediate emergency transfer.

Respectfully Submitted
/S/ Jeremiah L Farmer
PROSE, Jeremiah S. Farmer #16931-027


" I DECLARE UNDER PENALTY OF PERJURY THAT
THE FOREGOING IS TRUE AND CORRECT
EXECUTED ON 6-28-21.

RESPECTFULLY SUBMITTED
/S/ Jeremiah L Farmer
PRO-SE JEREMIAH S. FARMER
Register # 76931-027
U.S.P HAZELTON
P.O. Box 2000
BRUCETON MILLS, WV
26525

*[handwritten, upper left, rotated]:* Hazelton Police brutally beat me, made me strip sexually assault me, left me with scars. Stapled up later.

```
NUMBER:   HAX-1330.18C
DATE:     July 24, 2019
SUBJECT:  Administrative Remedy
          Program
PAGE:     10
```

ATTACHMENT B

Federal Correctional Complex Hazelton
Request for Administrative Remedy
Informal Resolution Form – Non General Population

**Notice to Inmates:** Prior to receiving a Request for Administrative Remedy Form (BP-229), you MUST attempt Informal Resolution through your Counselor, or provide other documentary evidence of your attempt at informal resolution. Failing to attempt informal resolution may result with rejection of your request.

| Part A | | |
|---|---|---|
| Inmate Name: Jeremiah Fermer | Reg. No.: 16931-627 | Unit: SHU. |

1. Specific Complaint: ① physical & sexual assault by police; ② Deprivation of Administrative remedies process; ③ Deprivation Due process law denied legal services; ④ Delay in medical treatment & Deliberate indifference.

2. Relief Requested: ① Lt. Coakley & Lt. B Jenkins fired for these violations in officer code of conduct 3420.11 and restraints 5566.06 contact PREA 28 c.f.r. 115; allow my library services for direct appeal and an administrative remedies process; medical care.

| Part B |
|---|
| 1. Counselor's Efforts: Referred to SIS |

| Part C | | |
|---|---|---|
| | Issue Resolved Relief granted | Comments: |
| ✓ | Issue Un-resolved No Relief granted | Comments: The time period for Administrative Remedy has expired hower |
| ✓ | Unable to Address Issue Referred | Comments: All allegations of staff misconduct are taken seriously. Your issues have been forwarded to Administrative staff for review & investigation |
| Inmate Signature: | | Date: |
| Staff Signature: | | Date: 8/11/21 |
| Unit Manager Signature: | | Date: 8/11/21 |

| Counselor Tracking | | | | | |
|---|---|---|---|---|---|
| Tracking # | Event Date | + 20 Days | Form Issued | BP-9 Issued | BP-9 Returned |
| C1-0387 | | | | | |

Continuation page:

① On June 6 2021 Custody Gerald Crum violated my substantial Due process rights Slamming me while handcuffed behind my back.

② LT. Coakley put me in restraints burned my penis left me in restraints black box 24 hrs preventing me for bathroom. The belly chain, handcuff shakles was put on so tight it left deep lacerations, blisters scars.

③ LT. B. Jenkins brutally beaten me busted my left ear drum, blacked both eyes, busted lip, twisted injured my fingers and thumb. Officer Friend, Wiley, Watrio, Dingess, MC Duffie witnessed this and did not intervent.

④ On June 6, 21 medical determine my left ear drum was busted, Nurses HANA, Mkenzie, Thorpe, Grams, Fox, Hair, all Scene both eyes black, fat lip, busted ear drum, deep lacerations blisters and custody did not take pictures.

⑤ Said LT. cruz did not interview me until June 24, 21 for 5 min only taken pics of scars forming on my penis from Coakley burning it and from restraints, then said he was not aware of this incident on June 6, 21 despite the fact Mental health Heaut reported it on June 8, DHto reported it on June 8, and Nurse Mkenzie reported it on June 18. 21. Then

⑥ My Administrative remedies process has been denied AW assistant won't return my BP9, CL Barlow won't returned BP8.

⑦ I'm denied outside medical care leaveing me in pain. The evidence is clear everyone trying to cover up what they cannot cover up.

Relief Requested: Medical Care, firing Coakley, B. Jenkins. Give me library services for my Aug 23, 21 appeal deadline, Give me access to my legal material in R&D.

Top Notch Security

REQUEST FOR ADMINISTRATIVE REMEDY
ADMINISTRATIVE REMEDY #1091621-F1

This is in response to your Administrative Remedy received on
August 19, 2021 in which you request a meeting with SIS due to
allegations of PREA and staff assault.

Please be advised that the SIS Department has met with you
regarding this matter and any questions or concerns should have
been addressed during this meeting. Should any further action be
necessary, such action will be taken, however, these matters are
not subject to inmate review. Additionally, details regarding the
review or review process are not authorized for disclosure, and
should the reviewer deem it necessary to interview you, you will
be notified. Please be advised that we take all allegations of
staff misconduct very seriously, as we expect Federal Bureau of
Prisons staff to exhibit high standards of professionalism at all
times.

Therefore, this response to your Request for Administrative
Remedy is for informational purposes only.

If dissatisfied with this response, you may appeal to the Mid-
Atlantic Regional Director, Federal Bureau of Prisons, 302
Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701.
Your appeal must be received in the Regional Office within 20
days of the date of this response.

_____     _8/25/2021_
R. Hudgins                                    Date
Complex Warden

AFFIDAVIT/DECLARATION  PAGE 1 of 8  X 6

Comes now, Inmate Jeremiah S. Farmer, #16931-027, and submits the following declaration in support of the central office complaint, stating the following:

① My life is in imediate danger from the Hazelton U.S.P police and administration, that maliciously and sadistcly beaten Farmer, sexualy assaulted Farmer, and turns a blind eye.

② U.S.P Hazelton administration/officers tamper with and interfear with the Administrative remedy process on all levels, never receiveing any BP8-BP9-BP10 or central office complaints back.

③ U.S.P Hazelton does not allow legal mail to be sealed up, and does not allow Farmer to do certifed mail.

④ On June 6, 21 Gerald Crum substantialy violated Farmers due process rights by slamming him to the ground while handcuffed behind his back holding his personal property in a sheet, then falsefies a incident report stateing I threaten to kill police and was swinging my head around trying to assault officers.

⑤ June 6, 21 LT Cakley, Wiles, Wotring, Friend stripped Farmer out of his clothes, put handcuffs, shakles on and while Wotring video tapped It forcebly hurting Farmers back then putting him in a wheel chair, pushing him to cell one, one range.

⑥ While Farmer was handcuffed behind his back shakles Wiles, Friend etc. made Farmer face the back wall where officers then charged in slamming Farmer to the wall repeatedly causeing pain, then LT B Jenkins with Beavers, McDuffy with Wotring working the camera took a picture of Farmer then Jenkins said something to Wotring then Wotring turned around shut the camera off and Jenkins told Wiles, Friend to let me go for me to stand in

front of him I told him I didn't do anything" I dint do shit, and he punched me in my left ear popping it an hurting it, I repeated I didn't do shit he then punched me on my right side and this process happen repeatedly. leaving my left ear drum busted, two black eyes, bruises on my face, busted lip.

⑦ LT Coakly with Wiles, younger officer and others put a belly chain around my stomach side back, handcuffs, black box shakles on as tight as they can go, even locking the skin on my stomach in the black box, Coakly ask for a cigarette as guards was pressing my head to the left, whare Coakly sat, and someone said here I believe it was wiles then Coakly leaned foward toward my growing and said remember those two people you killed, I said I didn't do that, then I felt my penis being exposed and a sharp pain, burn on my penis I screamed and it happen again and Coakly left out the cell

⑧ Wiles, Friend Dingress made me stand against the back wall faceing it, they charged in ramming me repeatedly causeing severe pain on my back, whore the belly chain was tight, black, box, handcuffs, then B.JENKINS come and began twishing my fingers, thumbs, and encourageing me to spitt and head butt him so he can kill me and falsicify the report and he'll get away with it, only if you knew he said, He also said he will lie and say I broke the black box, handcuffs, and I can't remember the rest, but he did say I'm a different type of LT.