UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JEREMIAH S. FARMER et al, ) No: 3:21-cv-147
PLAINTIFF )
v. )
BOP DIRECTOR et al )

FILED
APR 27 2022
U.S. DISTRICT COURT
ELKINS WV 26241

# BIVENS HANDWRITTEN AMENDED COMPLAINT

## I. CIVIL CONTEMPT

(A). PRISON OFFICIALS/DEFENDANTS CIVIL CONTEMPT IN VIOLATING COURT ORDER TO THE WARDAN On 02/24/22 DKT 43 STEALING/STOPPING MY OUTGOING CERTIFIED MAIL BIVENS COMPLAINT ON COURT APPROVED FORMS FROM COURT ORDER ECF NO 43 02/24/22.

PLAINTIFF NOW REQUEST THAT THIS HANDWRITTEN COMPLAINT TO BE AMENDED FD.P. CIV.R. 15(a) Amend this with already filed amended complaint on 10/18/21 ECF NO. 11 with required court approved forms.

(B). PLAINTIFF request for a court approved pro bono counsel under § 1915(e)(1) to avoid defendants Prison officials on going mail fraud stopping out going in coming legal and personal mail making litigation impossible. Defendants stopped outgoing certified legal [illegible]

[illegible] Chief Judge Ms Gina Groh re open the case with letter to warden of USP Hazelton addressing plaintiff mail [illegible] [illegible] plaintiff [illegible] [illegible] failure to [illegible] will case case [illegible]

[illegible]

©2018

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 2720 0000 5506 0823

3/17/22 Bivens to Civil Rights, Motion For Leave [illegible] Excess Pages

← BIVENS AMENDED
← COMPLAINT [illegible]
[illegible]

This is not a isolated event [illegible] [illegible] dismissed case [illegible]

[illegible]

So S.I.S. Defendants stopped mail. Mail Fraud. #11 due to prison officials/defendants again deliberately and intentionaly stopping plaintiff outgoing certified legal mail including Bivens Complaint on court approved forms that prison officials/defendants retrived from plaintiff Mr. Farmer room cell 114 on 1 range, on 3/7/22 certified # 7021 2720 0000 5506 0823 Just vanishing not able to be tracked sometime after prison officials taken it from plaintiff cell door.

Plaintiff Mr. Farmer puts on the record that due to the prison officials/defendant's misconduct, U.S. Const. First Amend. violation denying of excess to the courts and of their blantant federal law violations, specifically mail fraud has proven to make filing this Bivens complaint mathimatically impossible, therefore justice will be better served if this "Amended motion Pursuant to FED.R.CIV.P 15(a) with filed Bivens complaint and request to exceed excess pages with court approved Bivens Complaint forms filed on 10/18/21 ECF NO: 11 & DKT# 11 to be granted."

This request to Amend complaint is most necessary to ensure that this case can began litigation and to ensure this case will not get dismissed on account of prison officials/defendants blatant mail fraud, stopping outgoing certified legal mail/denying excess to the courts in a desperate attempt to sabotage Mr. Farmers Civil action against these defendants.

# II. B BIVENS COMPLAINT PRIMARY INCIDENT

**CLAIM 1:** OCCURRED ON 6/6/21 & 6/7/21 And thru CONTINUED TO THE DATE OF 3/19/22 WITH "ALL THE DEFENDANT'S" AID & ABET EACHOTHER THRU A ON GOING ONE SINGLE MONOLOTHIC OVERARCHING FEDERAL RICO CONSPIRACY PURSUANT TO (1) "TITLE 18 UNITED STATES CODE 1962(d); (2) 18 U.S.C § 241 CONSPIRACY AGAINST RIGHT (3) 18 U.S.C § 271 CONSPIRACY TO COMMITTE AND DEFRAUD THE UNITED STATES. & 18 USC § 245 EQUAL PROTECTION CLAUS ALL DEFENDANT'S; Directly and Indirectly AID AND ABET EACHOTHER TO COVER UP, And trying to avoid defendants LT. COAKLY/LT. B. JENKINS/CO-GERELD CRUM ETAL (4) FELINOUS & (5) AGGRIVATED ASSAULT/ (6) EXCESSIVE FORCCE & UNDUE FORCE violated THE (7) Eighth Amendment, substantial due process rights with (8) cruel and unusual punishment; and (9) corporal punishment and (10) Fourteenth Amendment violations; WITH (11) DELIBERATE INDIFFERNCE TO PLAINTIFF MR FARMERS SAFETY-HEALTH AND SERIOUS MEDICAL NEEDS; (12) FIRST AMEND. VIOLATION RETAILATORY ACTION & DENYING ACCESS TO COURTS; (13) DELAY IN MEDICAL TREATMENT supporting facts with this cause of action against the defendant's in this action, Next will be the: All the supporting facts for this CLAIM 1 see all supporting facts in numerical order as follows; ⟶

C. SUPPORTING FACTS #1: On 6/6/21 at approx 8:00 Am Defendant's (Gereld Crum) and (Unamed officer) while escorting the plaintiff Mr. Farmer as he was handcuffed behind his back and holding his personal property tied in a sheet on 4 range in the shu from one cell to the next cell, the (unamed officer) said to Mr. Farmer, "I'm not R. kelly I will Kill you like USP Hazelton West virgina style" then defendant (Gereld Crum) maliciously and sadistically slammed Mr. Farmer to the hard Concrete floor with a malice intent and caused physical injury in his upper and mid back, shoulder and into the neck. As Farmer laid on his stomach the (unamed officer) began bending Farmers leg toward his head intentionally with a malice intent to cause Farmer pain and injury which pain was enduced in his back causing him to scream.

This violated the Eighth Amendment, This was Recklessness and Gross Negligence that triggerd Due process clause violations with Cruel & unusual punishment clause violation, Excessive Force and Substantial due process violation, with causing "Unnecessary and wanton infliction of pain which also constitutes cruel and unusual punishment that violates the Eighth and Fourteenth Amendment, Defendant's further used a Deliberate Indifference to Plaintiff Mr. Farmer's health/safety and serious medical needs, Defendants treatment on Mr. Farmer was for the very purpose of causing harm.

SUPPORTING FACTS #2: After Defendants (Crum) and (unamed officer) Slammed the Plaintiff. A Signal was called on 6/6/21 approx. 8:00-8:20 AM and responding officers & defendants (LT. COAKLY) et al ordered officers to place Farmer in a wrap and they carried him to a dry cell slamming him again onto the hard concrete floor, then violated him stripping his clothes off exposing his naked body for officers to view and Farmer's penis, stomach full body made contact with the cold concrete floor as officers dressed him in paper clothes, putting on shakles and handcuffs behind his back.

Defendant (Wotrig) was using a camera video taping Farmer being escorted by the officers to the [illegible] range, [illegible] cell once Farmer was in the cell (Wotrig) Defendant took a [illegible] of Farmer, then defendant's (B. JENKINS) (DEAVERS), (MCDUFFEY) (WILES), (FRIEND), was in the room, Defendant (Jenkins) told Defendant (Wotrig) to shut off the camera, (Jenkins) told officers (Friend/wiles) whom were Slamming Farmer repeatedly into the wall with a shield maliciously and Sadistically with malice intent to cause harm since Farmer was already restrained handcuffed behind his back and in shakles causing no disturbance, This also was excessive Force, 8TH/14TH AMENDMENT, VIOLATED SUBSTANTIAL DUE PROCESS CLAUSE AND CRUEL AND UNUSUAL PUNISHMENT.

SUPPORTING FACTS #3: Defendant Jenkins ordered Defendants Wiles/Friend to release Farmer and ordered Farmer to stand in front of Def Jenkins and Farmer told him that He didn't do shit, then Defendant Jenkins used unnessary and wanton infliction of pain by brutaly beating Farmer's face and head with his naked fist repeatedly, This deliberate Force was excessive and unjustified, This "conduct shocks the conscience, and "Afford[s] brutality the cloak of law, violated the eighth and Fourteenth Amendment were punishment "inconsistent with contemporary standards of decency" and "Replignant to the conscience of mankind.

Defendant Jenkins Felinous assault was recklessness and gross negligence that triggerd Due process violations due to the unnecessary and wanton infliction of pain on Farmer constitutes Cruel and unusual punishment, excessive force, eighth and Fourteenth Amendment violations, with substantial due process violations, which is [a]n express intent to to inflict unnecessary pain, Busting/Swelling Farmers bottom lip, busted left ear drum & his nose damaged his nose causing left side bony nasal Septal, bruised his head, face, and blacken both eyes. leaving blood splats on the floor and walls behind him. Defendant LT. 13. JENKINS Physical beating on Mr. Farmer was DIABOLIC And INHUMANE Torture and Barbarous punishment 8TH Amend. Violation.

SUPPORTING FACTS #4: Defendants (Wiles), (WOTRIG), FRIEND, (DEAVERS), (MCDUFFY) having actual Knowledge, witnessing Defendant (Jenkins) brutaly beaten Mr. Farmer with his naked fist as Farmer was handcuffed behind his back and in Shakles on 6/6/21 approx 8:20-8:30 am while in the shu in cell one on one range.

These defendants Stood, and watched (Jenkins) felinous and aggravated assault on Farmer as if they were spectators and with actual malice allowed Farmer to be tortured while Defendants (Jenkins) act's inflicted bodily harm on him. (Jenkins) deliberately and intentionaly caused farmer "Trauma" and "Tramatic Injury" causing bodily hurt and injury produced by (Jenkins) physical violence, which were a Felinious assault, use of force causing battery, & assault. was a unlawful force, unreasonable risk, these defendants acted with a unsound mind, and acted with a Aid and Abet eachother knowingly assist, and urged (Jenkins) to commite a crime specifically a felinious assault. This incident was a recklessly endangering Farmer causing serious bodily injury on him. These defendant's failure to intervene/stop defendant (Jenkins) from beating Farmer was recklessness and reckless disregard of Farmers safety, their conduct was a act, and intentionally failed to

Stop (Jenkins) felinious assault which It's their act it was their duty to prevent. Their conduct created an unreasonable risk of physical harm to Mr. Farmer. Their risk was substantially greater than that which which Is conduct that constitutes negligent, And their willful misconduct was wilful intentional and deliberate to cause Farmer harm. Their intentional violations to their Known legal duty,

These defendant's failure to stop (Jenkins) felinous assault was preventable and foreseeable and capable of being Known (Jenkins) were going to physical assault Farmer and that they Knew (Jenkins) were going to cause Farmer some Kind of harm by beating his head & face with his bare left & Right fist while Farmer was restrained handcuffed behind his back & in shakles.

These defendants failure to intervene & or stop defendant (Jenkins) brutal attack on Farmer was recklessness and gross negligence that triggerd due process violations, cruel and unusual punishment clause violations, Excessive Force eighth and Fourteenth Amendment violations.

These defendants caused unnecessary and wanton infliction of pain by allowing and watching (Jenkins) brutaly beaten Farmer, and showed lack of due care for Farmers health & Safety with a deliberate Indifference to Farmers health, Safety and serious medical needs.]

SUPPORTING FACTS #5 : Defendant (Coakly)

On 6/16/21 approx 8:30-9:00 am in cell one, one range in (Shu) placed belly chain, around Farmer then strategicaly with a malice intent pinched the stomach skin inside the black box, with placing handcuffs, shackles on Farmer, then ask for a cigerate and one of officers given him something as he laughed, Defendant (Coakly) said to Farmer Qout " Remember those two people you Killed? I proffessed my innocense and then felt two sharp pain on my penis as I screamed out in pain.

Defendant's (Coakly) action was torture causing Farmer bodily pain, his act of placing the full restraints on Farmer so tight that it caused deep lacerations, blisters, permanent scars on his flesh were the restraints were and the burning of upper penis closest to his stomach also caused Farmer, Trauma, and traumatic injury causing bodily hurt and injury produced by (Coakly) and other officers/defendants blatant violence, and Felonious assault Knowingly causing Farmer serious physical harm by means of a deadly weapon and dangerous ordnance, This act was a Felony that is a type of crime which is of a relatively Serious nature also was use of unlawful force, assault done with unreasonable risk and with a unsound mind, as all defendant's involved Aid and Abet eachother, Knowingly assist, encourage and or urged eachother to commit a crime by causing harm to Farmer By failure to stop eachother from causing deliberate infliction of harm and pain on Farmer

These actions from Defendants (Coakly) et al was a recklessly endangering to Mr Farmer causing him serious bodily injury, and was recklessness wanton conduct with their state of mind which disregards the possibility and or probability of injurious consequences. used wilful misconduct with reckless disregard of Farmers safety their acts were willful intentional & deliberate conduct that shocks the conscience and Afford(s) brutality the cloak of law and so violated the Fourteenth Amendment, with violating cruel and unusual punishment clause, excessive force, substantial due process and eighth Amendment violations actin with a deliberate Indifferent to Farmers health, safety and serious medical needs when using physical punishment that was diabolic and inhumane simply to intentionaly inflict unnecessary and wanton infliction of pain --- was torture and barbarous punishment.

SUPPORTING FACTS #6: Defendants (Wiles)-(Friend) on 6/6/21 approx 8:30-9:00 Am orderd Farmer to stand and face the back wall as he was in full restraints belly chain, black box, handcuffs, shakles and they repeatedly charged Farmer, ramming him into the wall with a malice intent to cause him physical harm holding Farmer as Defendant (Jenkins) approach Mr Farmer he began bending, pulling Farmers fingers, thumbs causing him unnecessary and wanton infliction of pain as (Jenkins) encouraged

Farmer to head butt or spit on him so he can Qoute "Kill Farmer and file a falsify report and get away with it, only if you knew, and that he was a special type of LT. This excessive Force Cruel and unusual punishment, eighth and Fourteenth Amendment violation that triggerd due process clause violations, with a Deliberate Indifference to Farmers health, safety, & serious medical needs.

SUPPORTING FACTS #7: From 6/6/21 approx 8:30-9:00 Am thru the 6/7/21 approx 7:00-8:00 Am Defendants (Jenkins), (Carr), (Marshal) (James), (Coakly), (Marshal), (Knight), (Roush), (Deaver) (Wiles), (Friend), (Watkins), (Lingress), (Macduffy), all violated the 8TH, 4TH, 14TH Amendment for failure to intervene, to loosen up the restraints on Mr Farmer, even with obvious signs of the restraints being on so tight causing Farmers hands, fingers, feet, toes to swell up, discolor purplish/blue, violating due process with a deliberate Indifference to Farmers health/safety and serious medical needs, these defendants acts were physical punishment Diabolic and inhumane Torture and barbarous-punishment, with recklessness and gross negligence causing Farmer unnecessary and wanton infliction of pain, and these defendants, prison offiocals acts were maliciously and sadistically for the fact a full 24 hours Farmer was in restraints, denied restroom breaks, forceing him to eat with his hands.

not once removeing the restraints and medical services came 2-4 times in full 24 hours, Nurse Hana, thrope Mkenzie, Grahm and they witness Farmers injuries blood on floor and walls and (Carr) rushed out Grahm, Mkenzie, Thorpe to avoid them to witnessing the blood. Prison officals, defendants with Supervisor from medical defendant (Mimms) not once taken pictures of Farmers obvious injuries. to avoid exposure of defendants brutal attack on Farmer.

SUPPORTING FACTS #8: On 6/16/21 defendants (Coakly) and (Crum), used fraud inducement, fraud, with forgery and forged Federal documents, incident report regarding the brutal takedown of Mr. Farmer on 6/16/21 approx 8:00 Am on 4 range in the shu by defendant (Crum) & (unnamed officer) allegeing Farmer tried assaulting officers despite evidence from cameras on range 4 and this fraudulant document was a attempt to justify the unlawfull use of force, excessive force by crum and therefore this non factual incident report violated due process, and was a liberty intrest, and was illicit unlawful and forbidden, with illusory deceptive and false apperance by (Coakly) & (Crum) and was illegitimate, and was deceitful considering (Coakly & Crum) were the declarant's whom reported this incident.]

SUPPORTING FACTS # 9: Defendants [illegible] Himms) medical supervisor, [illegible] recklessly endangered Farmer, acted with a deliberate indifferent to Farmers health/safety and serious medical needs. With delay in medical treatment maliciously and sadistically causing Farmer [illegible] unnecessary and wanton infliction of pain --- constitutes cruel and unusual punishment, violation of the eighth amendment.

Medical service nurse [illegible] (Graham) [illegible] was aware of the physical injuries that Farmer sustained [illegible] defendants/prison officials on 6/6/21 [illegible] [illegible] and a two black eyes, [illegible] & busted bottom lip, busted nose with a left side bony nasal septal spur, bruises on head and face. Dr Crouch reported to S.I.S. the deep laceration, blisters from the tightness of restraints, [illegible] viewed injuries as well, on 6/11/21 Accession numbers: 2021#-BOPOO2 65162 medical services defendants (Bryan, Tittle, Himms) discovered Jenkins busted Farmers left ear drum and caused bony nasal septal spur in Farmers nose and today is 3/21/22 10 months after this incident on 6/6/21-6/7/21 and still medical failed to send Farmer outside to medical and fully aware of two outgrowing balls in his stomach he received from the tightness of the restraints applied on 6/6/21-6/7/21.

21

SUPPORTING FACTS # 10: Defendants MIMMS, R. Hudgins, AW Gabby, retired S.I.A, USTER, CRUZ, HART, CAPTAIN Kleimeyer, BOP Director region Director J.C. Petrucci, And DOJ-Dept-of justice investigation Divison investigators violates the 8TH/14TH Amendment excessive force, cruel and unusual punishment, due process and Article III, when they allowed defendants, Coakly, Jenkins, medical supervisor Mimms to continouesly cause prisoners at U.S.P Hazelton blatant and unnecessary and wanton infliction of pain, and failed to intervene, prior to Farmer becoming their victum on 6/6/21-6/7/21 and after.

In the weeks leading up to Farmer brutal attack from defendants Coakly, Jenkins, Crum, Mimms inmat Danial Palmer 53453-350 was hospitalized after Coakly et al brutaly beaten, turtured him, tightening of the restraints and medical hospital staff at outside hospital taken pictures of his injuries and contacted PREA and prison officials defendants ignored this evidence and that allowed Coakly, Jenkins, Crum, Mimms to victumize Farmer on 6/6/21-6/7/21.

Then after Farmers attack, inmates Adrea Harvey 40975-007, Tyreke butler and more was victumized by these defendants.

Furthermore, these defendants caused deprivation of administrative remedy process, violated due process, denied law library access, denied -

excess to the courts, violation of the First Amend. Retaliatory action, making certified legal mail to the courts vanish upon receiving them from Farmers cell door in the shu. defendants confiscated Farmers legal material, legal tools to litigate this pending civil case and his criminal case on direct appeal as all these defendant's turned a blind eye. Farmer filed sensitive BP10 regarding his physical and sexual assault regional director J.C. petrucci denied them with that this complaint was not a sensitive nature. the BP10 did reach J.C. petrucci regarding the 6/6/21-6/7/21 incident, received it on June 29.21 remedy # 1086459-R1 he denied it on 8/31/21 reason being he documented the incident date wrong, and September 16, 21 Unit Team defendant (Custer) received defendant (Petrucci) response on BP10, and deliberately waited until January 6, 21 4 months to deliver the response to plaintiff, malice intent to prevent this administrative remedy process. These defendant's has continuously stolen and making Farmers certified mail vanish to get his case dismiss and re-open and still again making certified mail amended complaint prison officials grabbed from Farmers Cell door on 3/7/21 # 7021 2720 0000 5506 0823.

OAJ investigators Oct/Nov. interviewed Farmer at U.S.P hazelton and Farmer given sworn testimony regarding the 6/6/21-6/7/21 incident and despite of the factual merits in Farmers claim and what -

The evidence also supports, they done, zero, but made R. Hudgins, Gabby, & Lt. Coakely to work in seperate prison, now coakely back and he continues to over tighten restraints and torture inmates, and still even with physical injuries evident to the naked eye, permanent scars, these defendants avoid takeing pictures, continue deprivation of administrative remedy and Law library process with denying inmates with Farmer excess to the courts.

There is no curtain drawn between the constitution and the prisoners in the contry, this has caused Farmer serious physical injuries and physical harm, psychological harm. This violated the eighth Amendment claim is therefore contextual and responsive, to contemporary standards of decency and cause denying Farmer the minimal civilized measures of life's necessities are sufficienthey grave to support a blatant eighth Amendment violation.

These prison officials, BOP/Regional director, defendants "conduct that shocks the conscience and Afford[s] brutality the cloak of law and so also violated the fourteenth Amendment due to causeing Farmer punishment inconsistent with contemporary standards of decency and repugnant to the conscience of mankind. Estelle v. Gamble, 429 U.S. at 103, 106 In violation of the eighth, This intentional misconduct was recklessness and gross negligence and triggerd due process violations.

These defendants are supervisors and hold authority with the BOP U.S.P Hazelton, and are liable for all said violations in this complaint. These defendants failure to intervene recklessly-endangering Farmer/Inmates at U.S.P Hazelton. These defendants acts are anarchy. And defendants acts violates due process of law.]

SUPPORTING FACTS #11: Defendants (CUSTER) (BARLOW), (HIXENBAUGH) blatently violates the First Amendment with retaliatory action for Farmer filing grievences, civil suits against them and there friends. Farmer given them BP8- to process and they don't, I request BP8- BP9- BP10- BP11 they decline this request, deny certified receipts, I given defendant (Custer) certified legal mail for the courts and they vanish not able to be tracked. All of which denies Farmer access to the courts, Defendant (Hixenbaugh) was so mad he ordered all Farmers legal material to be confiscated on Feb. 17. 22 which resulted in co (Stouffer) also defendant to use excessive force slamming Farmer violated substantial due process officers banged Farmer head in shower all recorded on hand held camera, #1 range camera. Def. (Carr) sprayed Farmer with O.C. then tighten full restraints belly chain black box, shakles belly chain, 24 hours in this condition restraints were so tight that Mkonzie had defendant Jenkins loosen restraints due to hands swelling.]



D) PLAINTIFF INJURIES AND DAMAGES HE SUSTAINED FROM THIS 6/6/21-6/7/21 TO THE DATE OF 3/21/22 AS FOLLOWS:

1) Physical Injuries; Busted left ear drum, Busted swollen bottom lip; busted nose causing left side bony nasal septal; Two black eyes; bruises, swollen through head and face; damaged pinkie/thumbs; back pain, neck and shoulder pain; deep lacerations, blisters, permanent scars from belly chain around waistline, ankles from shackles, and wrist from handcuffs; outgrowing bump on stomach from tighter restraints

2) PSYCHOLOGICAL PAIN, INTENTIONAL INFLICTION OF MENTAL DISTRESS; Due to the defendant's extreme and outrageous misconduct, physical, sexual assault that was intentional on 6/6/21-6/7/21 to the date of 3/21/22, These defendants unjustified wanton infliction of harm tantamount to a knowing willingness that was done with bad faith.

3) EMOTIONAL DISTRESS: causing variously, mental suffering, mental anguish, nervous shock, that includes all highly unpleasant mental disorders and mental reactions, e.g., fright, horror, grief, embarrassment, shame, anger, chagrin, disappointment, and worry that the defendants are going to come and tell him to cuff up so they can kill Farmer to prevent him from exposing the defendants

anxious: depression anxiety



[illegible] to prevent exposure [illegible] felonious and aggravated assault on 6/6/21-6/7/21.

[illegible] violated the eighth Amendment cruel and unusual punishment clause [illegible] around his [illegible] [illegible] to endure [illegible] that [illegible] extreme [illegible]

[illegible] (TORT ACTION) [illegible] (U.S. DEPT. OF JUSTICE) [illegible]

AND RELIEF PURSUANT TO FED. R. CIV. P. 8(a);

PLAINTIFF SEEKS DAMAGES; AGAINST DEFENDANTS;

1.) Plaintiff seeks $5,000,000,000 for PUNITIVE DAMAGES

2.) PLAINTIFF SEEKS $5,000,000,000 for COMPESATORY DAMAGE,

3.) Plaintiff seeks $5,000,000,000 for VINDICTIVE DAMAGES:

4.) Plaintiff seeks $5,000,000,000 for EXEMPLARY DAMAGES:

5) PLAINTIFF SEEKS $5,000,000,000 for SUBSTANTIAL DAMAGES:

6) PLAINTIFF SEEKS $5,000,000,000 for CONSEQUENTIAL DAMAGES:

7) PLAINTIFF SEEKS $5,000,000,000 for REPAIRABLE INJURY:

8) PLAINTIFF SEEKS $5,000,000,000 for GROSS NEGLIGENCE:

9) PLAINTIFF SEEKS $5,000,000,000 for SPECIAL DAMAGES: VICARIOUS LIABILITY

10) PLAINTIFF SEEKS $5,000,000,000 for CONCURRANT NEGLIGENCE for Defendants (Corley) (Crum) Jenkins, Medical Supervisor Minnis, BOP DIRECTOR, AND REGIONAL DIRECTOR (J.C. PETRUCCI);

11) Plaintiff seeks $5,000,000,000 for SLIGHT NEGLIGENCE:

12) Plaintiff seeks $5,000,000,000 for SMART MONEY:

13) PLAINTIFF seeks relief to hold all defendants for STRICT LIABILITY:

14) PLAINTIFF seeks leaf $5,000,000,000 for defendants - IMPUTED NEGLIGANCE:

15) PLAINTIFF seeks $5,000,000,000 for defendants - CONTRIBUTED NEGLIGENCE:

16) PLAINTIFF seeks $5,000,000,000 for defendant's - HEDONIC DAMAGES:

17) PLAINTIFF seeks $5,000,000,000 against defendants for there double or Tremble damages for the seriously bodily Injury and concurrent abuse for forceing him to remain around defendants from the date of Incident 6/6/21-6/7/21 thru to date 3/21/22 and forced to remain in solitary confinement the entirety of that time!

18) PLAINTIFF seeks $5,000,000,000 for defendants SIMPLE NEGLIGENCE:

19) PLAINTIFFS SEEKS RELIEF TO PROCEED AGAINST EVERY DEFENDANT IN THIS ACTION IN THEIR INDIVIDUAL OFFICAL CAPACITIES FOR THEIR U.S. CONST. VIOLATIONS AGAINST PLAINTIFF:

20) PLAINTIFF SEEKS LEAVE TO ENSURE DEFENDANTS DIRECTLY ENVOLVED IN THIS 6/6/21-6/7/21 INCIDENT TO loose THEIR JOB IN BOP TO PREVENT FURTHER ATTACKS ON INMATES

21) PLAINTIFF SEEKS leave to receive adequate medical treatment for the injuries that the defendants brought apon him on 6/6/21-6/7/21, which are the following:



2) DAMAGED LEFT SIDE BONY SEPTUAL SPUR ON NOSE;
3) DAMAGED right, left hand pinky, right thumb;
4) DAMAGED STOMACH OUTGROWING BALLS;
5) DAMAGED BACK PAIN;
7) DAMAGED LEFT EAR DRUM BUSTED;

22) Plaintiff Seeks leave to hold each defendant for their blatant violations and duties of the US CONST AND THE FOLLOWING:

(A) SUBSTANTIAL LAW, SUBSTANTIAL PERFORMANCE;
(B) U.S. Const. Art. I, Sec. 9 ...
(C) EXTORTION
(D) CORRUPTION
(E) ABUSE OF PROCESS
(F) SLANDER TITLE
(G) STRICT SCRUTINY TEST
(H) CRIMINAL MISCHIEF
(I) AGGRAVATED ASSAULT
(J) FELONIOUS ASSAULT
(K) SEXUAL ASSAULT
(L) Sherman Act, & Sherman Anti-trust Act 15 U.S.C §§ et seq.

23) Plaintiff Seeks relief $5,000,000,000 SEVERAL LIABILITY, Against All defendants:

24) Plaintiff Seeks leave for Fraudulent misrepresentation for their Def. (Coakley) & (Cruz) incident report consisted of lies.

25) Plaintiff Seeks leave to proceed against the defendants for violating "Good Samaritan LAW."

26) Plaintiff Seeks leave to proceed against defendants for violating the following: (A) Declaratory Judgement Act; (B) BREACH OF ETHICS; (C) DEFAMATORY COMMUNICATION
(D) Full faith and credit U.S. Const, Art. IV, sec. 1;
(E) INTERSTATE COMMERCE Act Subtitle IV of tit. 49, U.S.C. And 18 U.S.C. § 1962(d), RICO CONSPIRACY

(F) CONSPIRACY; (G) DISTRESS; (H) DUE PROCESS OF LAW; (I) EIGHTH/FOURTEENTH AMEND. CRUEL & UNUSUAL PUNISHMENT EXCESSIVE FORCE & DELIBERATE INDIFFERENCE TO FARMERS HEALTH/SAFETY/ AND SERIOUS MEDICAL NEEDS;
(J) FIRST AMENDMENT, DENYING EXCESS TO THE COURT RETALATORY ACTION, DEPRIVATION OF ADMINISTRATIVE Remedies, law Library excess; MAIL FRAUD.
(K) TORTURE; (L) CORPORAL PUNISHMENT; (M) DELAY IN MEDICAL TREATMENT; (N) INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS;
(O) UNLAWFUL FORCE; (N) 18 U.S.C. § 241 CONSPIRACY AGAINST RIGHT
(P) 18 USC § 271 CONSPIRACY TO COMMITTE/DEFRAUD THE USA
(Q) 18 U.S.C. § 245 EQUAL PROTECTION CLAUSE 14TH AMEND.

27) PLAINTIFF SEEKS LEAVE TO ASK THIS COURT TO HAVE A THIRD INVESTIGATION POSSIBLY CLASS ACTION suite against defendants for their repeated fellinous and aggrwated assaults, torture, Barbarous, inhumane assaults on dozens of prisoners at U.S.P Hazelton. And the defendants DANIAL DALMER, ANDRE HARVEY, TYREICK BUTLER et al for the 24 hour restraint in belly chain, black box, handcuff, shakles without able to use restroom break, or relief ~~for~~ relief from restraints, permanent scars from the tightness of restraints, Butter tooth knocked out and much more.

(28) Plaintiff seeks leave to proceed against defendants forcing defendants directly envolved in incident on 6/6/21 either loose their positions, & or Job in BOP & fired from the Union.

# CONCLUSION: AFFIDAVIT/DECLARATION

I DECLARE AND SWEAR UNDER THE PENALTY OF PERJURY WITH MY HAND ON THE BIBLE AND PURSUANT TO AND IN COMPLIANCE WITH 28 U.S.C. § 1746 THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY ABILITY.

EXECUTED ON: 3/21/22

RESPECTFULLY SUBMITTED
/S/ [signature]
PRO SE JEREMIAH SHANE FARMER 16931-027
USP HAZELTON

## CERTIFICATE OF SERVICE

I THE PLAINTIFF JEREMIAH SHANE FARMER PRO SE, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT AND THAT I AM THE PERSON NAME ABOVE IN THIS CIVIL ACTION, AND I UNDERSTAND THAT ANY FALSIFICATION OF THIS STATEMENT IS PUNISHABLE UNDER ~~THE~~ THE provisions of 18 USC Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, I hereby certify that on this March 21, 2022 a Copy was forwarded by via U.S postal mail service To Appeal and Dist. court.

Respectfully submitted
/S/ [signature]
PRO SE JEREMIAH S. FARMER 16931-027
USP Hazelton
P.O Box 2000
Bruceton Mills, WV 26525

III. (A) Plaintiff Motion Seeking a Preliminary INJUNCTION AGAINST All DEFENDANTS REQUESTING "PER DIEM FINES TO COERCE DEFENDANTS INTO COMPLIANCE; PREVENT RETAILIATION F.CIV.R. AND 18 U.S.C.§ 1997(e); AND PLAINTIFF REQUEST PROTECTION 18 U.S.C § 4042(a); FOR COURT TO FILE PREA 28 C.F.R. § 115 AGAINST DEFENDANT COAKLY.

(A) PLAINTIFF SEEKS RELIEF TO PROCEED AGAINST THE DEFENDANTS IN THEIR INDIVIDUAL OFFICIAL CAPACITIES. AND AS FOLLOWS;

(1) PLAINTIFF SEEKS AN INJUNCTION AGAINST ALL DEFENDANTS INTO COMPLIANCE SUCH AS PUTTING LEANS ON THEIR PERSONAL POSSESSIONS SUCH AS THEIR, HOMES, VEHICLES, ANY AND ALL PROPERTY AND POSSESSIONS —

(2) PLAINTIFF SEEKS A INJUNCTION DIRECTED TO BOP/ USP HAZELTON OFFICIALS S.I.A., S.I.S., WARDEN REGIONAL AND BOP DIRECTOR. S STOP MAIL FRAUD, THREATENING, HARRASSING, TO PREVENT RETALIATI[illegible] 18 U.S.C § 1997e, and Requesting [illegible] 18 U.S.C. § [illegible].

(3) PLAINTIFF SEEKS LEAVE TO EXCEED EXCESS PAGES MORE THEN REQUIRED PAGE [illegible] IN THE [illegible] DUE TO THE COMPLEXITY OF THE CASE AND THE [illegible] OF [illegible]

4. [illegible]